**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>　　　　Defendants. | Case No. 13-2635<br><br>Hon. Judge Joan H. Lefkow<br><br><br>**NOTIFICATION AS TO AFFILIATES** |

## NOTIFICATION AS TO AFFILIATES

PLEASE TAKE NOTICE that Defendant Northrop Grumman Corporation is a non-governmental party that has no parent corporation. State Street Corporation is the only publicly traded corporation that owns 5% or more of Northrop Grumman Corporation's corporate stock or other ownership interest. Defendant Northrop Grumman Severance Plan is an employee benefit plan.

Dated: May 17, 2013

Respectfully submitted,

NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN

s/ Sam P. Myler_____
One of their Attorneys

Nancy G. Ross (6190243)
Sam P. Myler (6309755)
MCDERMOTT WILL & EMERY LLP
227 W. Monroe
Chicago, IL 60606
Tel: 312.372.2000
Fax: 312.984.7700

## **CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS**

  Sam P. Myler, an attorney, hereby certifies that on May 17, 2013, he caused a copy of Defendants' **Notification as to Affiliates** to be filed via ECF which will send a copy by electronic means to:

        Michael Bartolic
        The Law Offices of Michael Bartolic, LLC
        29 South LaSalle Suite 1120
        Chicago, Illinois 60603
        mbartolic@michaelbartolic.com


        s/ Sam P. Myler_____


Nancy G. Ross (6190243)
Sam P. Myler (6309755)
MCDERMOTT WILL & EMERY LLP
227 W. Monroe
Chicago, IL 60606
Tel: 312.372.2000
Fax: 312.984.7700


DM_US 42600012-1.071494.0023