## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois ‑ CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Alan K Carlson, et al.

                              Plaintiff,

v.                                                 Case No.: 1: 13 C 2635

                                                            Honorable Joan H. Lefkow

Northrop Grumman Severance Plan, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2013:

MINUTE entry before Honorable Joan H. Lefkow: Response to defendants' motion to dismiss [11] due by 6/13/2013; reply due by 6/20/2013; ruling will issue by mail. Motion [11] is removed from the Court's call of 5/23/2013. Status hearing of 5/28/2013 stricken. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.