**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA | Case No. 13-cv-2635 |
| Plaintiffs, | |
| vs. | Magistrate Judge Maria Valdez |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, June 26, 2014, at 10:00 a.m.**, or whenever thereafter counsel may be heard, counsel for Defendants Northrop Grumman Corporation and the Northrop Grumman Severance Plan shall appear before the Honorable Maria Valdez or any judge sitting in her stead in the courtroom usually occupied by her at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion for Entry of Initial Scheduling Order**.

Dated: June 9, 2014

Respectfully submitted,

*/s/ Sam P. Myler*

Nancy G. Ross
Sam P. Myler
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
T: (312) 372-2000
F: (312) 984-7700

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 9th day of June, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Sam P. Myler
Sam P. Myler

DM_US 52706372-1.071494.0023