

NORTHROP GRUMMAN

# Today's Topics

- Eligibility
- Health Benefits
- Savings Plan
- Retiree Medical
- Retirement
- Resources
- Questions



**NORTHROP GRUMMAN**

# Severance Eligibility

- You are designated as eligible when you receive an individually addressed letter, signed by an approved representative, notifying you that you meet the eligibility requirements for participation in the Severance Plan

- You must remain employed in your current position until you are laid off by your management; if you voluntarily quit, retire, or transfer to another position within the Company, or are terminated for cause before your layoff date, you will not receive benefits under this plan

- You must sign a Confidential Separation Agreement and General Release

- If you have any questions regarding your eligibility you should contact HR

4



*NORTHROP GRUMMAN*

# Benefits Continuation under COBRA

- Benefits coverage under COBRA, if elected, continues for a maximum of 18 months (extensions are available under certain circumstances)
- Your 18 month COBRA eligibility period begins on the first of the month following your last day worked
- You may elect benefits continuation under COBRA only for those health plan options that were in effect on the day before your benefits terminated
- COBRA is available for eligible dependents covered as of your last day of work

6

NORTHROP GRUMMAN

# Employee Cost for Benefits Continuation – No Cost Period

- You will receive an extension of your medical, dental and vision benefits, at no cost to you, through the end of the month of your layoff date plus one additional month
- If you are not covered by medical, dental and/or vision benefits at the time of your layoff this feature does not apply to you
- The period of coverage from your last day of work through the end of the following month is fully paid for by the company

7

**NORTHROP GRUMMAN**

## Employee Cost for Benefits Continuation – Cost Sharing Period

- If you qualify under this Plan, you will receive a company-subsidized extension of your medical, dental and vision benefits from your layoff date, at active rates, equal to one week for each full year of service (counted from your most recent hire date)
- This coverage continues for a maximum of 26 weeks`
- Example for an employee with 20 years of service:
  - Last day of work is June 18
  - Eligible for 20 weeks continued coverage (through November 5)
  - Medical, dental and vision benefits would continue at no cost through July 31 and then at active rates through November 5
  - Coverage can then be continued under COBRA through December of the following year at full COBRA rates

8

NORTHROP GRUMMAN

# Employee Cost for Benefits Continuation – Full Cost Period

- You pay 100% of the COBRA premium which is based on the full group rate plus a 2% administrative fee

- Coverage continues for the remainder of your 18 month COBRA period, as long as premiums are paid on a timely basis

- Benefit continuation under the Severance Plan is considered part of your COBRA continuation

9

NORTHROP GRUMMAN

## Example: Employee with 20 Years of Service
### Last Day Worked: November 19, 2010



10

*NORTHROP GRUMMAN*

# Paying for your Benefits

- You will be billed for your continuation of coverage by the Northrop Grumman Benefits Center
- The first bill will be sent shortly before or shortly after the end of your free coverage period
  - Depending on timing, the first bill could be for a one or a two month period
- Subsequent bills are prepared around the 10th of each month and mailed about the 15th
- Payment is due on the 1st of the month, in advance, with a 30-day grace period
- Payments may be made via check, ongoing direct debit, or one-time online payments at *My Benefits Access*

*NORTHROP GRUMMAN*

# Medicare Eligible Participants

- If you and/or a dependent are Medicare eligible (because you are 65 or under 65 and disabled), you **MUST** enroll in Medicare Part B as soon as your active employment ends.

- Severance/COBRA coverage is not considered active employer coverage and therefore is secondary to Medicare.
    - Claims will be processed as though Medicare has paid primary
    - Failure to enroll in Medicare B as soon as active employment ends may also result in an SSA/Medicare imposed penalty on all future Medicare B premiums

12

**NORTHROP GRUMMAN**

# Miscellaneous Information

- If you are currently covered by an HMO and you move out of the HMO coverage area, coverage in the HMO will terminate as of the date the address change is reported
  - you **must** contact the NGBC at 1-800-894-4194 within 31 days of your change in residence to enroll in a plan option available in your new area
- If your spouse is an NG employee, you may elect coverage under his/her benefits in lieu of COBRA

13

**NORTHROP GRUMMAN**

# Flexible Spending Accounts (FSAs)

## Health Care Flexible Spending Account

- Your before-tax contributions cease as of your layoff date.

- Only expenses incurred prior to your layoff date are eligible for reimbursement.

- You may choose to continue FSA coverage through COBRA by making after-tax contributions. This allows you to file claims for expenses incurred after your layoff date, but no later than the end of the plan year.

- Claims must be submitted by December 31 following the end of the plan year.

## Dependent Day Care Flexible Spending Account

- Your before-tax contributions cease as of your layoff date.

- Claims may be filed for expenses incurred through the end of the plan year and must be submitted by December 31 following the end of the plan year.

14

*NORTHROP GRUMMAN*

## Life and Accidental Death & Dismemberment (AD&D) Insurance

- Your Company-provided Basic Life and AD&D, as well as your Optional Life and AD&D Insurance coverage, ends on your layoff date
- Continuation of Life Insurance must be elected within 31 days of your layoff date.
- Continuation of AD&D Insurance must be elected within 90 days of your layoff date.
- Conversion/portability forms are available on *Benefits OnLine* or by contacting the Northrop Grumman Benefits Center at 1-800-894-4194

*NORTHROP GRUMMAN*

# Other Benefits

- Short-Term and Long-Term Disability
  - Coverage stops on layoff date.
  - Conversion coverage is not available
- Business Travel Accident Insurance
  - Coverage stops on layoff date.
  - Conversion coverage is not available.
- Group Legal
  - Coverage stops on layoff date.
  - You should call Hyatt Legal Plans at 1-800-821-6400 with any questions about your open or pending issues and/or for information about porting coverage.
  - Note: Group Legal is not available to ES Represented employees

NORTHROP GRUMMAN

# Special Note –
# Annual Enrollment 2011

- Due to the timing of your last day worked and your Annual Enrollment period (April 25 – May 6), any elections made during Annual Enrollment will **not** carry over for the plan year effective July 1, 2011.

- Therefore, if you wish to make any changes to your health benefits for the plan year beginning July 1, 2011, you should contact the NGBC after receiving your COBRA/Severance package, but no later than June 30, 2011.



NORTHROP GRUMMAN

Northrop Grumman
Savings Plan

**NORTHROP GRUMMAN**

# Northrop Grumman Savings Plan

- You are always 100% vested in your contributions, company contributions (with the exception of Retirement Account Contributions) and all earnings. Retirement Account Contributions are subject to a 3-year cliff vesting schedule.

- If your account balance exceeds $1,000 you may:
  - Receive payment of your entire account balance (lump sum distribution)
  - Receive payment of a portion of your account balance (partial distribution)
  - Leave your money in the NG Savings Plan and delay taking a distribution as late as age 70½
  - Roll over your account balance to another employer's qualified plan or an IRA
  - Receive payment over your lifetime (your account is used to purchase an annuity contract from a life insurance company)

- If your account balance is $1,000 or less, you will automatically receive a lump-sum distribution which may be indirectly rolled over to an IRA or other qualified account.

*NORTHROP GRUMMAN*

# Northrop Grumman Savings Plan

- If your account balance is greater than $1,000 and you decide to leave your account balance in the Savings Plan, you may continue to transfer and reallocate your existing fund balances, request eligible withdrawals and continue to make any outstanding loan payments

- If you have an outstanding loan and do not continue making payments, the remaining loan amount will be defaulted and will be considered a distribution and will be subject to any applicable taxes and penalties.

- Once you have terminated from the company, you can no longer contribute to your account

- Review the Northrop Grumman Savings Plan Summary Plan Description (SPD) accessible at *Benefits OnLine* for more details

20

NORTHROP GRUMMAN

# Northrop Grumman Savings Plan – Taxes

- If you elect to receive a distribution, your tax-deferred contributions, company contributions and all investment earnings are taxed as ordinary income. Unless you elect to directly roll over your account balance to an IRA or other qualified plan, current law requires:
  - 20% Federal Income Tax withholding on the taxable portion of the distribution
  - Distribution may be subject to an additional 10% Federal penalty
  - State penalties may also apply in some cases

- Your Savings Plan account distribution will <u>not</u> be assessed a 10% Federal Penalty Tax if you are age 59 ½ or older or:
  - You are age 55 or older when you terminate employment or
  - You roll over your distribution to an IRA or another employer's qualified plan within 60 days of the date you receive it

- Special provisions may apply if you have Roth 401(k) or Roth 401(k) Rollover money in the Savings Plan.



**NORTHROP GRUMMAN**

## Retiree Medical – Heritage Eligibility

- Eligibility for Heritage retiree medical was frozen as of 6/30/2003
    - 1/1/2004 for Newport News
    - 1/1/2005 for TRW

- If you were hired prior to the freeze date, you may be eligible for a subsidized Heritage plan. You <u>must</u> contact the Northrop Grumman Benefits Center (NGBC) to determine your eligibility.

23

NORTHROP GRUMMAN

# Retiree Medical – Access Only Eligibility

- If you were hired after the freeze date, or your heritage company did not offer a retiree medical plan, you are eligible for Access Only Retiree Medical coverage if you meet the following requirements:
  - At least age 55 with a minimum of 10 Years of Service
  - At least age 65 with a minimum of 5 Years of Service

- Access Only offers the same retiree medical plan options but the costs are not subsidized by Northrop Grumman

24

**NORTHROP GRUMMAN**

# Retiree Medical – Special Layoff Provision

- If you do not currently meet the age and service requirements for a Heritage or Access Only plan you may still qualify for Retiree Medical if you are:

    - At least 53 on the layoff date with a minimum of 10 years of service
    - Under age 53 but have 75 points (age + years of service)

- Those employees who meet the criteria above may commence Retiree Medical coverage the first of any month after attaining age 55 by contacting the Northrop Grumman Benefits Center

NORTHROP GRUMMAN

# Retiree Medical – Plan Options

- Pre-Medicare Options
  - Anthem Preferred PPO
    - Does not include prescription drug coverage, which must be elected separately
  - Anthem CDHP
  - National EPO – Anthem
  - Various HMOs (Kaiser CA and Mid-Atlantic; HIP-NY, Health Plan NV)
  - Aetna Global for overseas residents
  - Stand Alone Prescription Drug Option

26

**NORTHROP GRUMMAN**

# Retiree Medical – Plan Options

- Medicare eligible Options
  - Anthem Medigap
    - Does not include prescription drug coverage, which must be elected separately
  - Anthem CDHP
  - Medicare Advantage HMOs (Kaiser CA, Health Net, HIP, Secure Horizons, Health Plan NV)
  - Medicare Supplement HMO (Kaiser Mid-Atlantic)
  - Aetna Global for overseas residents
  - Stand Alone Prescription Drug option

- Detailed information about all options is available at *Benefits OnLine – Retiree Connection,* or from the Northrop Grumman Benefits Center

27

NORTHROP GRUMMAN

## Retiree Medical – Enrollment Options

- If you are immediately eligible for retiree medical you may:
  - Immediately elect retiree medical
  - Defer coverage until after the free period
  - Defer coverage until after the cost sharing period
  - Defer coverage until after the COBRA period
  - Defer retiree medical indefinitely

- Dental and/or vision can be continued through COBRA even after you commence retiree medical.

28



**NORTHROP GRUMMAN**

# Retirement Eligibility

ES Heritage Pension

- Normal retirement:

  - The later of age 65, or (union plan only) your age on the fifth anniversary of your participation in the Plan or the date you complete three years of vesting service, whichever is earlier

- Early retirement

  - Age 58 with at least 30 years of service
  - Age 60 with at least 10 years of service

Northrop Grumman Pension Program

- Normal retirement

  - The later of age 65, or your age on the fifth anniversary of your participation in the Plan or the date you complete three years of vesting service, whichever is earlier

- Early retirement

  - Age 55 with at least 10 years of vesting service

30

NORTHROP GRUMMAN

# Special Layoff Provision*

- If you are laid off before reaching age 55, you may elect an early retirement benefit to begin at age 55, or the first of any subsequent month, if you have:

  - Attained age 53 with 10 or more years of vesting service at the time of your layoff or

  - Have 75 points or higher on the date of your layoff (age + service)

- Early retirement factors will be used for benefit calculation if you meet the requirements of this provision

- This applies to all parts of your pension benefit

* Does not apply to the ES Rep Traditional Plan

31

*NORTHROP GRUMMAN*

# Commencing Your Benefit

Retirement eligible employees **must** contact the Northrop Grumman Benefits Center to begin the  retirement process.

Your benefit payments can begin on the first of the month coincident with or following your severance/layoff date, if you are retirement eligible.

32



Resources