**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, | Case No. 13-cv-2635 |
| Plaintiffs, | |
| vs. | Magistrate Judge Maria Valdez |
| NORTHROP GRUMMAN CORPORATION & NORTHROP GRUMMAN SEVERANCE PLAN, | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF KIRK WATKINS

Kirk Watkins, counsel for Defendants in the above-captioned action, hereby moves the Court to withdraw as counsel of record. McDermott Will & Emery LLP no longer represents Defendants in this matter. Defendants will continue to be represented by Nancy G. Ross and Sam P. Myler of Mayer Brown LLP.

Dated: October 7, 2014

Respectfully submitted,

*/s/ Kirk Watkins*
Kirk Watkins
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
312.372.2000
312.984.7700 facsimile
kwatkins@mwe.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 7th day of October, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                */s/ Kirk Watkins*
                                                Kirk Watkins