**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Alan K Carlson, et al.

                                                  Plaintiff,

v.                                                   Case No.: 1:13–cv–02635
                                                              Honorable Maria Valdez

Northrop Grumman Severance Plan, et al.

                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: On the Court's own motion, the status hearing set for 4/16/2015 is stricken and reset for 5/6/2015 at 09:00 AM. The Court will rule on the pending motion prior to the next status hearing. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.