**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | ) Case No. 13-cv-2635<br>)<br>) Judge Andrea Wood<br>)<br>) Magistrate Judge Maria Valdez<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ALL**
**VERSIONS OF THE NORTHROP GRUMMAN SEVERANCE PLAN**
**GUIDE TO ADMINISTRATION SPANNING YEARS 2010 TO PRESENT**

Now come the Plaintiffs, Alan Carlson and Peter DeLuca, individually and on behalf of a

class of similarly situated individuals (collectively "Plaintiffs"), by their attorneys Michael

Bartolic of The Law Offices of Michael Bartolic, LLC, and R. Joseph Barton of Cohen Milstein

Sellers & Toll PLLC, and moves this Honorable Court, pursuant to Fed. R. Civ. P. 37(a), Local

Rule 37.2, to issue an order compelling Defendants, Northrop Grumman Corporation and the

Northrop Grumman Severance Plan (collectively "Defendants") to produce documents

responsive to Plaintiffs' Third Request for Production of Documents from Defendants Request

Number 34, dated June 13, 2014.

Plaintiffs requested Defendants produce all versions of the Northrop Grumman Severance

Plan Guide to Administration spanning years 2010 to the present.  Defendants objected, claiming

there was no such document relating to the division in which Plaintiffs worked.  Then they

asserted the Guide to Administration did not exist at all.  After over a year, and Plaintiffs

threatening a motion to compel, Defendants finally produced one version of the document, dated

July 2002.  They then represented it related to the sector in which Plaintiffs worked,

contradicting their signed discovery response in July 2014.  The document produced appears to

contradict Defendants' entire defense of this case, leaving little doubt why Defendants would not

turn it over.  Defendants' amended response, however, again qualified the production, refusing to

produce any version of the Guide to Administration that relates to multiple sectors, or to sectors

other than the one in which Plaintiffs worked.  Plaintiffs asked directly whether there were other

versions that would be responsive to the request, but Defendants would not answer.

As an ERISA plan whose terms must be applied consistently to all participants,

Defendants lack any basis to withhold other versions of the Guide to Administration.  For that,

and other reasons stated in Plaintiffs' memorandum of law, Plaintiffs request the Court enter an

Order requiring Defendants to produce all versions of the Northrop Grumman Severance Plan

Guide to Administration in effect from 2010 to the present, without qualification, within 7 days.


November 23, 2015                                      Respectfully submitted,


By:      /s/ Michael Bartolic                          /s/ R. Joseph Barton

Attorneys for the Plaintiffs

Michael Bartolic                                       R. Joseph Barton
Rebecca K. Bryant                                      Kira L. Hettinger
The Law Offices of Michael Bartolic, LLC               Cohen Milstein Sellers & Toll PLLC
208 S. LaSalle Street                                  1100 New York Avenue
Suite 1420                                             Suite 500
Chicago, Illinois  60603                               Washington, D.C.  20005
Tel: 312-635-1600                                      Tel: 202-408-4600
Fax: 312-635-1601                                      Fax: 202-408-4699

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 23, 2015, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Nancy G. Ross
Laura R. Hammargren
Kirk Watkins
Abigail M. Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
T: 312-782-0600
F: 312-701-7711


/s/ Michael Bartolic_____