# Exhibit 4

# Michael Bartolic

| | |
|---|---|
| **From:** | Michael Bartolic |
| **Sent:** | Thursday, July 31, 2014 5:09 PM |
| **To:** | 'Myler, Sam' |
| **Cc:** | 'Ross, Nancy' |
| **Subject:** | RE: Carlson - Severance Data |

Thanks, Sam.

Have you heard from your client following up on the Guide to Administration? In our conversation you mentioned it doesn't exist. We've cross checked the 2010, 2012, and 2014 SPDs, and all refer to that document. Plus, the paragraph referencing it in the 2012 was modified that year, so presumably if the document didn't exist, reference to it would have been deleted in 2012 and 2014.

Thanks,

Mike

**The Law Offices of Michael Bartolic, LLC**
29 South LaSalle Suite 1120
Chicago, Illinois  60603
Tel:     (312) 635-1600
Direct: (312) 635-0948
Fax:    (312) 635-1601
mbartolic@michaelbartolic.com

ERISA Law Firm Representing Executives and Professionals in Employee Benefits Disputes and Executive Compensation

Follow us on Facebook, Twitter, YouTube and Vimeo here:



This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 USC  2510-2521.  It contains information that is confidential and it may be protected by the attorney-client or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients.  If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at (312) 635-1600.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

This communication has not been written as a formal opinion of tax advice.  Accordingly, IRS regulations require us to advise you that any tax advice contained herein was not intended or written to be used and cannot be used for the purpose of avoiding Federal tax penalties.

**From:** Myler, Sam [mailto:Smyler@mwe.com]
**Sent:** Thursday, July 31, 2014 4:02 PM
**To:** Michael Bartolic
**Cc:** Ross, Nancy
**Subject:** Carlson - Severance Data

Mike,

Please see the attached letter and spreadsheets containing the severance data you have requested.

Thanks,

**Sam Myler**
Associate



McDermott Will & Emery LLP | 227 West Monroe Street | Chicago, IL 60606-5096
Tel +1 312 984 3277 | Fax +1 312 984 7700

Biography | Website | vCard | E-mail | Twitter | LinkedIn | Blog

*************************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

# Michael Bartolic

| | |
|---|---|
| **From:** | Michael Bartolic |
| **Sent:** | Thursday, November 19, 2015 9:55 AM |
| **To:** | 'Hammargren, Laura'; Ross, Nancy |
| **Cc:** | Hettinger, Kira; Rebecca Bryant; R. Joseph Barton (jbarton@cohenmilstein.com) |
| **Subject:** | RE: Carlson v. Northrop Grumman |

Laura,

May we get that amended response today? I understand Nancy expressed some frustration with my impatience over our request for all versions of the Guide to Administration from 2010 to the present, but my impatience is justified. These documents would have been responsive to Interrogatories 7 and 11, propounded April 21, 2014, and Requests for Production 4, 5, 6, 9, and 10 also propounded April 21, 2014. Due to Defendants' failure to produce it, I requested the Guide by specific reference in Request 34 in June 2014. The request asked for all versions of the Plan's Guide to Administration in effect from 2010 to the present. The signed response was: "Northrop states that after a reasonable search, it has not identified any documents responsive to this request relating to the Technical Services Sector." When I followed up with Mr. Myler following that response, he communicated there is no such Guide to Administration. I confronted that representation in email demonstrating the Guide was referenced in the 2010 Plan, again in the 2012 (despite some modifications to the language of the paragraph in which it was referenced), and again in the 2014 Plan, and asked him to follow up with your client about the document. I got no response. It took demanding the document for over a year, and threatening a motion to compel, to then receive a version within one day. On the record yesterday, Nancy stated she gave us the version relating to Technical Services, and that Defendants did not hold the document back. I ordered the transcript of proceedings. The first part of that statement indicates the signed discovery response to request 34 was false. The second part is simply not true, as it took us 1.5 years to extract it.

Please send the amended response to Request 34 today. Unless it represents, unqualified, that Defendants are producing all documents responsive to the request, I have no reasonable choice but to file a motion to compel given your impending motion for reconsideration and motion to stay discovery. The Plan applies to all sectors and business units, though those sectors and units may use a different benefit schedule. Therefore, there is no basis to qualify the response based on a particular Sector or business unit. We need all versions of the document, unless you have already provided all versions. Amending the response should not take more than a few minutes, so I trust this is not overly imposing. I thank you for understanding the basis for Plaintiffs' concern about this category of documents.

Sincerely,

Michael

**Please Note Our New Address!**

**The Law Offices of Michael Bartolic, LLC**
208 South LaSalle Suite 1420
Chicago, Illinois  60604
Tel:     (312) 635-1600
Dir:      (312) 635-0948
Fax:    (312) 635-1601
mbartolic@michaelbartolic.com

ERISA Law Firm Representing Executives and Professionals in Claims for Disability, Life Insurance, and Pension Benefits

Follow us on Facebook, Twitter, YouTube and Vimeo here:



This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521. It contains information that is confidential and it may be protected by the attorney-client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at (312) 635-1600. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**This communication has not been written as a formal opinion of tax advice. Accordingly, IRS regulations require us to advise you that any tax advice contained herein was not intended or written to be used and cannot be used for the purpose of avoiding Federal tax penalties.**

---

**From:** Hammargren, Laura [mailto:LHammargren@mayerbrown.com]
**Sent:** Tuesday, November 17, 2015 3:05 PM
**To:** Michael Bartolic; Ross, Nancy
**Cc:** Hettinger, Kira; Rebecca Bryant; R. Joseph Barton (jbarton@cohenmilstein.com)
**Subject:** RE: Carlson v. Northrop Grumman

Mike,

We are preparing an amended response to Plaintiffs' Third Set of Requests for Production of Documents, and the answer to your question will be addressed in the amended response.

Thanks,
Laura

_____
**Laura Hammargren**
Mayer Brown LLP
T +1 312 701 8146

---

**From:** Michael Bartolic [mailto:MBartolic@michaelbartolic.com]
**Sent:** Tuesday, November 17, 2015 1:17 PM
**To:** Hammargren, Laura; Ross, Nancy
**Cc:** Hettinger, Kira; Rebecca Bryant; R. Joseph Barton (jbarton@cohenmilstein.com)
**Subject:** RE: Carlson v. Northrop Grumman

Laura,

It is not clear from the face of the document you sent whether the 2002 Guide to Administration is the version that has been used by Northrop Grumman from 2010 to the present. We just need to know, yes or no, whether the document you sent is the one and only version Northrop Grumman has used since January 1, 2010.

My understanding is that your motion to stay only seeks a stay of class discovery, but offers to proceed with discovery on the named plaintiffs' cases. I believe the court would compel full compliance with Request to Produce 34 regardless of whether it grants or denies your motion. I hope to receive your response before tomorrow's hearing so we can avoid asking the Court to address the issue.

Best,

Mike

**Please Note Our New Address!**

**The Law Offices of Michael Bartolic, LLC**
208 South LaSalle Suite 1420
Chicago, Illinois  60604
Tel:    (312) 635-1600
Dir:     (312) 635-0948
Fax:    (312) 635-1601
mbartolic@michaelbartolic.com

ERISA Law Firm Representing Executives and Professionals in Claims for Disability, Life Insurance, and Pension Benefits

Follow us on Facebook, Twitter, YouTube and Vimeo here:



This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 USC  2510-2521.  It contains information that is confidential and it may be protected by the attorney-client or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients.  If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at (312) 635-1600.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**This communication has not been written as a formal opinion of tax advice.  Accordingly, IRS regulations require us to advise you that any tax advice contained herein was not intended or written to be used and cannot be used for the purpose of avoiding Federal tax penalties.**

---

**From:** Michael Bartolic
**Sent:** Monday, November 16, 2015 12:49 PM
**To:** 'Hammargren, Laura'; Ross, Nancy
**Cc:** Hettinger, Kira; Rebecca Bryant; R. Joseph Barton (jbarton@cohenmilstein.com)
**Subject:** RE: Carlson v. Northrop Grumman

Thanks, Laura.  Can you confirm Defendants will amend their response to Request 34 to state they produced all documents responsive to the request?

**Please Note Our New Address!**

**The Law Offices of Michael Bartolic, LLC**
208 South LaSalle Suite 1420
Chicago, Illinois  60604
Tel:    (312) 635-1600
Dir:     (312) 635-0948
Fax:    (312) 635-1601
mbartolic@michaelbartolic.com

ERISA Law Firm Representing Executives and Professionals in Claims for Disability, Life Insurance, and Pension Benefits

Follow us on Facebook, Twitter, YouTube and Vimeo here:



This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521. It contains information that is confidential and it may be protected by the attorney-client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at (312) 635-1600. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**This communication has not been written as a formal opinion of tax advice. Accordingly, IRS regulations require us to advise you that any tax advice contained herein was not intended or written to be used and cannot be used for the purpose of avoiding Federal tax penalties.**

---

**From:** Hammargren, Laura [mailto:LHammargren@mayerbrown.com]
**Sent:** Monday, November 16, 2015 11:43 AM
**To:** Michael Bartolic; Ross, Nancy
**Cc:** Hettinger, Kira; Rebecca Bryant; R. Joseph Barton (jbarton@cohenmilstein.com)
**Subject:** RE: Carlson v. Northrop Grumman

Mike,

Notwithstanding our position that further production at this juncture is premature, in light of our pending motion to the Court as to the allowed scope of further discovery in this matter, in an effort to cooperate as per your request this weekend, we are forwarding the Guide to Administration dated July 1, 2002, bates-labeled NGC01021-1033, which the Company has provided based on your request.

Thanks,
Laura

_____

Laura Hammargren
Mayer Brown LLP
T +1 312 701 8146

---

**From:** Michael Bartolic [mailto:MBartolic@michaelbartolic.com]
**Sent:** Saturday, November 14, 2015 5:57 PM
**To:** Ross, Nancy; Michael Bartolic
**Cc:** Hammargren, Laura; Hettinger, Kira; Rebecca Bryant; R. Joseph Barton (jbarton@cohenmilstein.com)
**Subject:** RE: Carlson v. Northrop Grumman

Nancy,

We need commitment to comply with the request. We've exhausted meet and confer. However, if you think further discussion is necessary, I'll be in the office tomorrow. You can reach me there or on my cell.

Best,

Mike

847.828.3886

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Ross, Nancy" <NRoss@mayerbrown.com>
Date:11/14/2015 4:37 PM (GMT-06:00)
To: Michael Bartolic <MBartolic@michaelbartolic.com>
Cc: "Hammargren, Laura" <LHammargren@mayerbrown.com>, "Hettinger, Kira" <khettinger@cohenmilstein.com>, Rebecca Bryant <rbryant@michaelbartolic.com>, "R. Joseph Barton (jbarton@cohenmilstein.com)" <jbarton@cohenmilstein.com>
Subject: Re: Carlson v. Northrop Grumman

We are willing to discuss that document with you in the hopes of coming to an understanding before filing your motion. If you insist on filing, please include this message with your motion.

Thank you.

**Nancy G. Ross**
Partner
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Direct 312-701-8788
General 312-782-0600
nross@mayerbrown.com
www.mayerbrown.com
Professional Bio



On Nov 14, 2015, at 1:15 PM, Michael Bartolic <MBartolic@michaelbartolic.com> wrote:

> Laura and Nancy,
>
> As a courtesy notice, Plaintiffs will file a motion to compel production of the Guide to Administration based on the extensive meet and confer that already occurred regarding that document and others.  We are limiting the motion to just that document.
>
> Best,
>
> Mike

Please Note Our New Address!

The Law Offices of Michael Bartolic, LLC
208 South LaSalle Suite 1420
Chicago, Illinois  60604
Tel:    (312) 635-1600
Dir:     (312) 635-0948
Fax:   (312) 635-1601
mbartolic@michaelbartolic.com

ERISA Law Firm Representing Executives and Professionals in Claims for Disability, Life Insurance, and Pension Benefits

Follow us on Facebook, Twitter, YouTube and Vimeo here:


This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 USC  2510-2521.  It contains information that is confidential and it may be protected by the attorney-client or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients.  If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at (312) 635-1600.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

This communication has not been written as a formal opinion of tax advice.  Accordingly, IRS regulations require us to advise you that any tax advice contained herein was not intended or written to be used and cannot be used for the purpose of avoiding Federal tax penalties.

_____


This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.