IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals, | ) ) Case No. 13-cv-2635 ) ) Judge Andrea Wood |
| Plaintiffs, | ) ) Magistrate Judge Maria Valdez ) |
| vs. | ) ) |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ALL VERSIONS OF THE NORTHROP GRUMMAN SEVERANCE PLAN GUIDE TO ADMINISTRATION SPANNING YEARS 2010 TO PRESENT**

To:  See attached service list.

PLEASE TAKE NOTICE that on Tuesday, December 1st, 2015, at 9:00 a.m., I shall appear before the Honorable Judge Andrea Wood in Courtroom 1925 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Plaintiffs' Motion to Compel Production of All Versions of the Northrop Grumman Severance Plan Guide to Administration Spanning Years 2010 to Present, a copy of which has been served upon you.

November 23, 2015								Respectfully submitted,


By:	/s/ Michael Bartolic					/s/ R. Joseph Barton

Attorneys for the Plaintiffs

Michael Bartolic							R. Joseph Barton
Rebecca K. Bryant							Kira L. Hettinger
The Law Offices of Michael Bartolic, LLC				Cohen Milstein Sellers & Toll PLLC
208 S. LaSalle Street						1100 New York Avenue
Suite 1420								Suite 500
Chicago, Illinois  60603						Washington, D.C.  20005
Tel: 312-635-1600							Tel: 202-408-4600
Fax: 312-635-1601							Fax: 202-408-4699

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on November 23, 2015, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Nancy G. Ross
Laura R. Hammargren
Kirk Watkins
Abigail M. Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
T: 312-782-0600
F: 312-701-7711


                                         /s/ Michael Bartolic_____