IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, <br><br>　　　　　Defendants. | Case No. 13-cv-2635 <br><br> Judge Andrea Wood |

## STIPULATION

Plaintiffs, Alan Carlson and Peter DeLuca, individually and on behalf of a class of similarly situated individuals ("Plaintiffs"), by their attorneys Michael Bartolic of The Law Offices of Michael Bartolic, LLC, R. Joseph Barton of Cohen Milstein Sellers & Toll PLLC, and Defendants, Northrop Grumman Corporation and the Northrop Grumman Severance Plan (collectively "Defendants"), by their attorneys Nancy Ross, Laura Hammargren, and Abby Bartine of Mayer Brown LLP, reach the following stipulation in regards to Plaintiffs' motion to compel production of all versions of the Northrop Grumman Severance Plan's (the "Plan's") Guide to Administration spanning 2010 to the present.

**WHEREAS**, Plaintiffs propounded a request to produce documents to Defendants numbered as Request 34, requesting Defendants produce all versions of the Plan's Guide to Administration spanning 2010 to the present.

**WHEREAS**, Defendants responded, and produced a certain Guide to Administration

**WHEREAS**, Plaintiffs filed a motion to compel production of all versions of the Guide to Administration spanning 2010 to the present on November 23, 2015.

**WHEREAS**, the parties desire to resolve the basis of the motion to compel without judicial intervention, and make the following bilateral and mutually dependent promises,

1. Plaintiffs will withdraw their motion to compel, and not seek any costs associated with the motion.

2. Defendants will produce all versions of the Guide to Administration that can be located after a reasonable search, including a version of the Guide to Administration referencing the Information Systems sector, by no later than **December 7, 2015**.

3. Defendants state that after a reasonable search they have not located any other documents in their possession responsive to Request 34.

4. Defendants agree to promptly supplement their production with any additional documents responsive to Request 34 of which either Defendant becomes aware.

5. Production of any documents pursuant to this stipulation will not waive any of Defendants' objections to the relevance of the document or to the claims in this lawsuit.

6. Production of any documents pursuant to this stipulation will not operate as any waiver of Defendants' pending motion to stay class discovery or any of Defendants' arguments in support of that motion.

December 2, 2015

/s/ Michael Bartolic_____
One of the Attorneys for the Plaintiffs

Michael Bartolic
The Law Offices of Michael Bartolic, LLC
208 S. LaSalle, Suite 1420
Chicago, IL 60604
T: (312) 635-1600
mbartolic@michaelbartolic.com

/s/ R. Joseph Barton
One of the Attorneys for the Plaintiffs

R. Joseph Barton
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue
Suite 500
Washington, D.C. 20005
Tel: 202-408-4600
Fax: 202-408-4699

/s/ Laura Hammargren (with consent)_____
One of the Attorneys for the Defendants

Nancy G. Ross
Laura Hammargren
Abby Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
T: 312-701-8788
nross@mayerbrown.com
lhammargren@mayerbrown.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on December 2, 2015, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Nancy G. Ross
Laura R. Hammargren
Abigail M. Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
T: 312-782-0600
F: 312-701-7711

                                        /s/ Michael Bartolic_____