# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Alan K Carlson, et al.

                                    Plaintiff,

v.                                                  Case No.: 1:13−cv−02635
                                                        Honorable Andrea R. Wood

Northrop Grumman Severance Plan, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: In light of the parties' Stipulation [105], Plaintiff's motion to compel [101] is withdrawn and the motion presentment hearing set for 12/3/2015 is stricken. Parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.