**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALAN K. CARLSON, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 13-cv-02635 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| NORTHROP GRUMMAN | ) | |
| SEVERANCE PLAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

    Status hearing held. The Court sets the following briefing schedule for Plaintiffs' motion to compel [131]: Defendants shall have until 9/15/2016 to file a response and Plaintiffs shall have until 9/29/2016 to reply. The Court adopts the discovery schedule proposed in the parties' Joint Modified Discovery Schedule [134]. Plaintiff's motion for class certification shall be filed by 11/14/2016. Defendants shall respond by 12/12/2016 and Plaintiffs shall reply by 1/12/2017. Defendants' motion on standard of review shall be filed by 11/14/2016. Plaintiffs shall respond by 12/12/2016 and Defendants shall reply by 1/12/2017. Discovery shall be completed by 4/15/2017. This is a firm date. Expert discovery is anticipated by the parties. Dispositive motions shall be filed 45 days after the completion of fact discovery, the Court's final ruling on class certification, or the ruling on standard of review, whichever is later. Responses shall be filed 45 days later and replies shall be filed 30 days later. Status hearing set for 10/26/2016 at 9:00 AM.

(0:06)

Dated: August 25, 2016

                                                                                        Andrea R. Wood
                                                                                        United States District Judge