# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of all others similarly situated, | Case No. 13-2635 |
| Plaintiffs, | Judge Andrea R. Wood |
| vs. | Magistrate Judge Maria Valdez |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | |
| Defendants. | |

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT THEIR REPLY IN SUPPORT OF MOTION TO COMPEL**

Now come Plaintiffs Alan Carlson and Peter DeLuca, individually and on behalf of all others similarly situated (collectively "Plaintiffs"), by and through their attorneys, Michael Bartolic of Roberts Bartolic LLP, and R. Joseph Barton of Cohen Milstein Sellers & Toll PLLC, and move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to submit Plaintiffs' reply in support of their motion to compel certain discovery responses.

1. Plaintiffs filed their motion to compel certain discovery responses and memorandum of law in support thereof on August 18, 2016. (ECF #131–132).

2. The Court set a briefing schedule on the motion, setting the deadline for Plaintiffs' reply on September 29, 2016. (ECF #135).

3. Plaintiffs filed an unopposed motion for enlargement of time, due to several deadlines occurring at approximately the same time, and having an associate attorney out at the same time, seeking to extend the deadline until today, October 3, 2016.

4.     Plaintiffs' counsel, Michael Bartolic, had an unexpected medical event requiring emergency room admission early on Sunday, October 2, 2016, being discharged with instructions to refrain from work the remainder of the day and the following day.

5.     Though Mr. Bartolic is mostly finished with the brief, to take precautionary measures, Plaintiffs request the Court extend the deadline until the end of the week, to Friday October 7, 2016. Plaintiffs will nevertheless submit the brief as soon as possible if earlier than October 7, 2016.

6.     Mr. Bartolic contacted Ms. Laura Hammargren late October 2, 2016 by email and requested the aforementioned extension until Friday, October 7, 2016. Ms. Hammargren communicated Defendants have no objection to the extension.

7.     The requested extension is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiffs respectfully request the Court enter an Order granting Plaintiffs an enlargement of time to submit their reply in support of the motion to compel until October 7, 2016.


Respectfully Submitted,

By:   /s/ Michael Bartolic_____          /s/ R. Joseph Barton

Attorneys for the Plaintiffs

| | |
|---|---|
| Michael Bartolic | R. Joseph Barton |
| Roberts Bartolic LLP | Cohen Milstein Sellers & Toll PLLC |
| 208 S. LaSalle Street | 1100 New York Avenue |
| Suite 1420 | Suite 500 |
| Chicago, Illinois 60604 | Washington, D.C. 20005 |
| Tel: 312-635-1600 | Tel: 202-408-4600 |
| Fax: 312-635-1601 | Fax: 202-408-4699 |

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that on October 3, 2016, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Nancy G. Ross
Laura M. Hammargren
Abigail M. Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
T: 312-782-0600
F: 312-701-7711

            /s/ Michael Bartolic