## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 13-2635 |
| Plaintiffs, | ) ) Judge Andrea R. Wood ) ) Magistrate Judge Maria Valdez |
| vs. | ) ) |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF IVETTE BASTERRECHEA

I, Ivette Basterrechea, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury as follows:

1.      I am more than 21 years of age and am competent to testify to the matters contained herein.  The statements contained in this Declaration are based on my personal knowledge and are true and correct.

2.      I am the Director of Client Services for @Legal Discovery LLC, an eDiscovery and litigation support service provider.  I have been an attorney since 1996 and an eDiscovery professional since 2001. I have assisted with over 300 complex litigation cases involving eDiscovery.

3.      @Legal Discovery is the developer and proprietor of CasePoint software for processing of electronically stored information (ESI) and online document review. CasePoint follows the eDiscovery Reference Model (EDRM) and adheres to eDiscovery best practices for litigation support platforms.

4.      The industry standard for managing ESI is the electronic processing of data to extract metadata and text from email, electronic documents and electronic files. Where text cannot be extracted, as is the case with scanned images, optical character recognition (OCR) is performed to provide searchable text. All text and metadata are indexed and become searchable for keywords within the litigation support platform.

5.      An entire document collection can be searched quickly and efficiently within a litigation support platform. It is also possible to limit processing, loading and searching by custodian, date range or other defined subset.

6.      Keyword and metadata field searching is an essential practice in the eDiscovery phase of litigation. A litigation support platform without this functionality could not provide the full range of eDiscovery services needed and expected by the legal field today.

Pursuant to 28 U.S.C. § 1746, the undersigned declares under the penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2016.

Ivette Basterrechea