## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals, | ) ) ) Case No. 13-cv-2635 ) ) Judge Andrea Wood |
| Plaintiffs, | ) ) Magistrate Judge Maria Valdez ) |
| vs. | ) ) ) |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | ) ) ) ) |
| Defendants. | ) ) ) |

## UNOPPOSED MOTION TO RESET
## CLASS CERTIFICATION DEADLINES

Plaintiffs Alan Carlson and Peter DeLuca, by and through their undersigned counsel, respectfully request this Court to modify the schedule governing class certification and the standard of review and permit Defendants to respond to Plaintiffs' Third and Fourth Set of Interrogatories and Fourth Set of Requests for the Production of Documents on December 2, 2016. Defendants do not oppose this motion, on the condition that the standard of review is re-set. In support of their motion, Plaintiffs state as follows:

1.      Following a status conference on August 25, 2016**,** the Court entered an order on August 25, 2016 setting a briefing schedule on Plaintiffs' motion to compel, as well as a simultaneous briefing schedule for class certification and the standard of review, among other deadlines, as follows (Dkt. No. 135):

2192152.1

    a.   Class Certification: Plaintiffs have until November 14, 2016 to file their motion, Defendants' response is due by December 12, 2016, and Plaintiffs' reply by January 12, 2017.

    b.   Standard of Review: Defendants have until November 14, 2016 to file their motion, Plaintiffs' response is due by December 12, 2016, and Defendants' reply by January 12, 2017.

2.     At the time of the August 25, 2016 status conference, Defendants estimated that they would complete production of documents responsive to then-outstanding discovery requests shortly after Labor Day.  Defendants ultimately completed production of those documents on September 23, 2016.

3.     Thereafter, Plaintiffs issued the following additional discovery related to class certification: Plaintiffs' Third Set of Interrogatories, served on October 12, 2016, Plaintiffs' Fourth Set of Interrogatories and Plaintiffs' Fourth Set of Requests for Production of Documents, both served on October 21, 2016.

4.     Following an October 26, 2016 status hearing, the Court extended the time for the Parties to file their motions for class certification and the standard of review to December 14, 2016. (Dkt. No. 144).

5.     On October 27, 2016, Plaintiffs noticed a deposition of the Northrop Grumman Severance Plan pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure for November 10, 2016 on topics that Plaintiffs believe are relevant to issues on class certification.

6.     On a conference call on November 7, 2016, Defendants' counsel advised that the Plan would not be able to prepare and present its representative(s) for the Rule 30(b)(6) deposition by November 10, 2016 and would not be able to produce those witnesses until

December. Subject to the Court agreeing to extend the briefing deadline on class certification, Plaintiffs agreed to a December 16, 2016 date for the Rule 30(b)(6) deposition.

7.      On the same call, Defendants also requested an extension of time to respond to Plaintiffs' Third and Fourth Sets of Interrogatories and Plaintiffs' Fourth Request for Production of Documents until December 2, 2016. Again, Plaintiffs agreed to that date subject to the Court agreeing to extend the briefing deadline on class certification.

8.      As a result, Plaintiffs respectfully ask this Court to modify the prior class certification and standard of review briefing schedule and issue an order that includes the following:

a.      Deadline for Defendants to respond to Plaintiffs' Third and Fourth Sets of Interrogatories and Fourth Set of Requests for Production of Documents: December 2, 2016.

b.      Deadline for Plaintiffs to file their motion for class certification: January 4, 2017.

c.      Deadline for Defendants to file their opposition to Plaintiffs' motion for class certification: February 3, 2017.

d.      Deadline for Plaintiffs to file a reply in support of class certification: March 3, 2017.

9.      After conferring with Defendants' counsel, they have stated that Defendants do not oppose the relief requested so long as the dates for briefing the standard of review are also modified as follows:

a.      Deadline for Defendants to file their motion on the standard of review: January 4, 2017.

3

2192152.1

        b.      Deadline for Plaintiffs to file their opposition to Defendants' motion on the standard of review: February 3, 2017.

        c.      Deadline for Defendants to file a reply in support of the standard of review: March 3, 2017.

10.      While Plaintiffs do not at this time seek an extension of the April 15, 2017 discovery deadline and are working diligently to meet that deadline, given that discovery has proceeded more slowly than expected and the extension of briefing, Plaintiffs believe that such a request may become necessary.

For the foregoing reasons and for good cause shown, Plaintiffs respectfully request this Court to enter the attached proposed Order granting this motion.

November 22, 2016

Respectfully submitted,

*/s/ Michael Bartolic*
Michael Bartolic
Roberts Bartolic LLP
208 S. LaSalle Street
Suite 1420
Chicago, Illinois 60604
Tel: 312-635-1600
Fax: 312-635-1601

R. Joseph Barton
Kira L. Hettinger
Cohen Milstein Sellers & Toll PLLC
Suite 500
Washington, D.C. 20005
Tel: 202-408-4600
Fax: 202-408-4699

*Attorneys for the Plaintiffs*

2192152.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 22, 2016 a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Nancy G. Ross
Laura R. Hammargren
Abigail M. Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
T: 312-782-0600
F: 312-701-7711

*/s/ Kira L. Hettinger*

2192152.1