UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Alan K Carlson, et al.
                                        Plaintiff,

v.                                      Case No.: 1:13−cv−02635
                                        Honorable Andrea R. Wood

Northrop Grumman Severance Plan, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 28, 2016:

    MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' Unopposed Motion to Reset Class Certification Deadlines [149] is granted. Defendants' motion on standard of review shall be filed by 1/4/2017. Responses shall be filed by 2/3/2017 and replies shall be filed by 3/3/2017. Enter order. Motion presentment date of 11/30/2016 is stricken.Parties need not appear. Status hearing set for 12/7/2016 is stricken and reset for 3/28/2017 at 09:00 AM. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.