IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON and PETER DeLUCA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHROP GRUMMAN CORPORATION ) <br> and the NORTHROP GRUMMAN ) <br> SEVERANCE PLAN, ) <br> ) <br> Defendants. ) | No. 13-cv-02635 <br><br> Judge Andrea R. Wood |

## ORDER

The Court having reviewed Plaintiffs' Unopposed Motion to Reset Class Certification Deadlines, Standard of Review Deadlines, and Defendants' Deadline to Respond to Certain Certification Discovery (ECF No. 149) and all materials submitted in support of Plaintiffs' Unopposed Motion, the Court finds there is good cause for the requested relief. Accordingly, the Court:

(1) **GRANTS** Plaintiffs' Unopposed Motion to Reset Class Certification Deadlines, Standard of Review Deadlines, and Defendants' Deadline to Respond to Certain Certification Discovery (ECF No. 149), and further;

(2) **ORDERS** Plaintiffs to file their motion for class certification and Defendants to file their motion on the standard of review by January 4, 2017, and further;

(3) **ORDERS** Defendants to file their opposition to Plaintiffs' motion for class certification and Plaintiffs to file their opposition to Defendants' motion on the standard of review by February 3, 2017, and further;

(4) **ORDERS** Plaintiffs to file a reply in support of class certification and Defendants to file a reply in support of the standard of review by March 3, 2017, and further;

(5) **ORDERS** Defendants to respond to Plaintiffs' Third and Fourth Sets of Interrogatories and Fourth Set of Requests for Production of Documents by December 2, 2016.

ENTERED:

Dated:  November 28, 2016  
_____  
Andrea R. Wood  
United States District Judge