# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals, | Case No. 13-cv-2635 |
| | Judge Andrea Wood |
| Plaintiffs, | Magistrate Judge Maria Valdez |
| vs. | |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE
CLASS CERTIFICATION BRIEFING PAGE LIMITS**

Pursuant to Local Rule 7.1., Plaintiffs Alan Carlson and Peter DeLuca, by and through their undersigned counsel, respectfully move this Court to enlarge the page limits on the briefing for class certification. The Local Rules for the Northern District of Illinois provide 15 pages for briefs in support of and in opposition to a motion. L.R. 7.1. Plaintiffs request an enlargement to 30 pages for each brief, including Plaintiffs' memorandum of law in support of their motion for class certification, Defendants' response, and Plaintiffs' reply so that the Parties can fully articulate their positions and provide the Court thorough briefing to aid it in its adjudications of the class certification motion. Counsel for Defendants consent to this motion. A proposed order has been emailed to chambers, in accordance with Judge Wood's case procedures.

2198647.1

December 23, 2016 Respectfully submitted,

*/s/ Michael Bartolic*
Michael Bartolic R. Joseph Barton
Roberts Bartolic LLP Kira L. Hettinger
208 S. LaSalle Street Cohen Milstein Sellers & Toll PLLC
Suite 1420 Suite 500
Chicago, Illinois 60604 Washington, D.C. 20005
Tel: 312-635-1600 Tel: 202-408-4600
Fax: 312-635-1601 Fax: 202-408-4699


*Attorneys for the Plaintiffs*


**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on December 23, 2016 a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Nancy G. Ross
Laura R. Hammargren
Abigail M. Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
T: 312-782-0600
F: 312-701-7711

                              */s/ Michael Bartolic*

2198647.1