IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | Case No. 13-cv-2635<br><br>Judge Andrea Wood<br><br>Magistrate Judge Maria Valdez |

**DECLARATION OF R. JOSEPH BARTON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, R. Joseph Barton, declare under the penalty of perjury of the laws of the United States as follows:

1. I am a partner at the law firm of Block & Leviton, 1735 20th Street, Washington, D.C. 20009 (and previously a partner at Cohen Milstein Sellers & Toll, PLLC). I am counsel for Plaintiffs in the above-referenced matter. I am an active member of the Bars of the State of California and the District of Columbia and am admitted to practice in and am good standing in the Northern District of Illinois.

2. I have more than 15 years of experience litigating a wide variety of class action and non-class complex cases. I have an AV rating from Martindale-Hubbell in the areas of Employee Benefits, Class Actions, and Antitrust and Trade Regulation. Every year since 2013, I have been selected as a Washington DC Super Lawyer. I have been the partner in charge of a

number of employee benefits class actions, including cases involving claims for benefits and fiduciary breaches, as well as veterans (typically, USERRA) actions. Since at least 2008, my practice has consisted predominantly of handling employee benefit litigation, usually on behalf of employees although I also handle non-class litigation representing fiduciaries of ERISA-covered plans and USERRA litigation.

3. I have been involved in litigating a wide variety of ERISA claims on behalf of classes of participants and beneficiaries since 2001, including claims brought under ERISA § 502(a)(1)B) and ERISA § 510. In those cases, I have argued motions to dismiss, class certification motions, summary judgment, and a variety of discovery motions and have taken and defended numerous fact and expert depositions. Many of those cases involved claims for benefits and claims for breach of fiduciary duty. I have been lead trial counsel in two ERISA class actions: (1) *Stoffels v. SBC Communications, Inc.*, No. 05-CV-0233 (W.D. Tex.) which initially resulted in a favorable post-trial liability decision for the class; and (2) *Chesemore v. Alliance Holdings, Inc.*, No. 3:09-cv-00413 (W.D. Wis.), which was tried on liability in 2011 over the course of 8 trial days and on remedies in 2012 over the course of one and a half trial days (3 half days), and resulted in a finding of liability in favor of the plaintiff class and a remedies award in excess of $17 million plus prejudgment interest for Plaintiffs and the Class. After the Court had issued decisions on liability and remedies, Plaintiffs and the Class reached settlement with all but one of the defendants in that case. The Seventh Circuit recently affirmed the judgment in favor of Plaintiffs. *Chesemore v. Fenkell*, 829 F.3d 803 (7th Cir. 2016).

4. My most recent non-class action trial for which I was lead trial counsel was a two week bench trial in July 2014, in front of Judge Swain in the Southern District of New York in *Severstal Wheeling Inc. Ret. Comm. v. WPN Corporation*, No. 10-cv-954 (S.D.N.Y.) that

resulted in a judgment for plaintiffs of $15 million. The Second Circuit recently affirmed the judgment in favor of Plaintiffs. *Severstal Wheeling Inc. Ret. Comm. v. WPN Corporation*, __ Fed. Appx. ___, 2016 WL 4533478 (2nd Cir. Aug. 30, 2016). Additionally, I have prepared several class action cases for trial that have settled shortly before trial, including most recently *Slipchenko v. Brunel*, No. 4-11-cv-01465 (S.D. Tex.), the settlement of which resulted in the largest per class-member recovery in any reported COBRA class action and for which the settlement received final approval in 2015.

   5. On a number of occasions, I have been invited to speak and have spoken on a variety of issues related to civil procedure, class actions and employee benefits at various ABA conferences. I have also been invited to speak and have spoken on litigation generally or class actions specifically at classes at the following law schools: George Washington University School of Law, William & Mary School of Law, and the Texas-Wesleyan School of Law.

   6. I was the Chair of the Employment Rights Section of the American Association of Justice (AAJ) for 2013-2104, which focuses on all aspects of employment and labor law. I was the Co-Chair of the AAJ Class Action Litigation Group for 2014-2015 and was re-elected to serve another term as Co-Chair for 2015-2016. I am and have been for several years, a member of the Publications Committee for the AAJ, which is the Committee that oversees the selection and review of articles for AAJ's award-winning magazine, *Trial*.

   7. Since 2013, I have been the Plaintiffs' Co-Chair of the Civil Procedure Subcommittee for the ABA Employee Benefits Committee. In this position, I am a contributing author and an editor for Chapter 12, *Civil Practice & Procedure* of the ABA Treatise <u>Employee Benefits Law</u> (3d ed.), which is published by BNA. For the last two years, I have been a

member of the Programming Committee for the ABA Employee Benefits Committee, which is responsible for all of the planning for the Committee's Midwinter conference.

8. I am the author of several published articles, including: *Navigating the Unfriendly Skies of ERISA Reimbursement*, Trial Magazine (October 2014); *Determining the Meaning of "Direct Evidence" in Discrimination Cases Within the Eleventh Circuit: Why Judge Tjoflat was (W)right*, 77-OCT Fla. B.J. 42 (2003); *Drowning in a Sea of Contract: Application of the Economic Loss Rule to Fraud and Negligent Misrepresentation Claims*, 41 Wm. & Mary L. Rev. 1789 (2000); and *Utilizing Statistics and Bellwether Plaintiff Trials: What do the Constitution and the Federal Rules of Civil Procedure Permit?* 8 Wm. & Mary Bill Rts. J. 199 (1999). Each of the articles published before 2012 have been cited by courts and commentators.

9. In 2013, I was retained to and did provide an expert opinion on the scope of ERISA in a European case, *Deminor International & all v/ Ageas/ BNP Paribas Fortis / Merrill Lynch International*, Court of Commerce of Brussels, Chamber 14°, Docket numbers: R.G. n° A/10/00744, R.G. n° A/12/05781, R.G. n° A/12/09039 & R.G. n° A/12/09035.

10. Attached are true and correct copies of the following documents:

Exhibit A: 2012 Northrop Grumman Severance Plan, stamped NGC06970-NGC06980

Exhibit B: Excerpts of Rule 30(b)(6) Deposition of Michael Penkert, Corporate Director of Employee Relations

Exhibit C: October 31, 2014 Memo from Mike Penkert and Corporate Office Severance Benefit Cash Portion Calculation, stamped NGC06621-NGC06622

Exhibit D: QSMA Separation Agreement VRIF Exhibit A Severance Plan with Appendix, Updated August 16, 2012, stamped NGC06578-NGC06596

Exhibit E: 2002 Guide to Administration, stamped NGC03477-NGC03487

Exhibit F: Defendants' Amended Responses to Plaintiffs' Third Set of Interrogatories

Exhibit G: April 13, 2011 Email Thread RE: Questions/Comments on Audrey's Statement of Work, stamped NGC02859-NGC02861

| | |
|---|---|
| Exhibit H: | June 7, 2011 Email from Lucy Mineghino FW: Severance Discussion, stamped NGC02758 |
| Exhibit I: | November 26, 2011 Email Thread FW: Question on Severance plans - Updated, stamped NGC07002-NGC07005 |
| Exhibit J: | June 6, 2011 Severance Rationalization PowerPoint, stamped NGC08721-NGC08730 |
| Exhibit K: | August 10, 2012 Email Thread RE: EXT: RE: Reduction In Force, stamped NGC14059-NGC14067 |
| Exhibit L: | December 6, 2012 Severance Update PowerPoint, stamped NGC14310-NGC14315 |
| Exhibit M: | 2010 Severance Plan, stamped NGC03488-NGC03498 |
| Exhibit N: | Severance Plan Standardization of Severance Schedule Across TS, stamped NGC13454 |
| Exhibit O: | June 28, 2011 Email from Lucy Mineghino, Please Review: Severance Plan Form, stamped NGC14043 |
| Exhibit P: | November 8, 2011 Email Thread RE: VRC-30 and VRC-40, stamped NGC13511-NGC13514 |
| Exhibit Q: | July 25, 2012 Email Thread RE: TAPs, stamped NGC03052-NGC03054 |
| Exhibit Z: | Defendants' Response to Plaintiffs' Fifth Set of Interrogatories |
| Exhibit AA: | December 2, 2013 Email Thread Re: Follow up & Approval: NG Severance Plan, stamped NGC01747-NGC01753 |
| Exhibit BB: | Northrop Grumman Severance Plan Form 5500s 2010-2015 |

The foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of January, 2017, in Washington, DC.

_____
R. Joseph Barton