# Exhibit J



NORTHROP GRUMMAN

# TS Sector
# Severance Rationalization

6 June 2011

Lucy Mineghino

NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL II

CONFIDENTIAL

NGC08721

NGC08721

# Agenda

NORTHROP GRUMMAN

- Purpose & Concerns

- Severance Eligibility

- Severance Benefit

- Current Severance Schedules by Eligibility Category

- Recommendation

- Next Steps

2

HEADER / FOOTER INFORMATION (SUCH AS NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL II)

CONFIDENTIAL

NGC08722

NGC08721

## Purpose & Concerns

NORTHROP GRUMMAN

- Purpose
    - Discuss consolidation of severance schedules across TS

- Concerns
    - With change to Eligibility Categories, employees working side by side may receive different severance benefits

    **Solution: Same severance plan across the sector**

    - Cost if severance provided to all employees

    Severance Eligibility Requirements provide a mitigation to cost concern

3

HEADER / FOOTER INFORMATION (SUCH AS NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL I)

CONFIDENTIAL

NGC08723

NGC08721

# Severance Eligibility



- **CONDITIONS FOR RECEIVING BENEFITS**

- In order to receive the benefits of this Plan, you must meet all of the following conditions:

- *You must be designated as eligible for this plan by a Vice President of Human Resources (or his/her designee). You are designated if you received a memo addressed to you, notifying you of your eligibility for this benefit.*

  **Redacted**

- You must remain employed in your current position until you are laid off by your management. You must actually be laid off by the Company. If, before your layoff date, you voluntarily quit, retire, are terminated for cause, or transfer to another position within the Company, you will not receive benefits under this Plan.

- You must sign a Confidential Separation Agreement and General Release that will include, among other things, a release of any and all claims that you may have against the Company.

4

HEADER / FOOTER INFORMATION (SUCH AS NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL II)

CONFIDENTIAL

NGC08724

NGC08721

# Severance Benefit

NORTHROP GRUMMAN

Severance Benefit consists of:

• H&W Benefit
  • Ability to buy medical, dental & vision insurance at active employee premiums

  • 1 week for every year of service

  • Benefit is the same no matter what lump sum payment schedule an employee receives

• Lump Sum payment
  • There are 2 schedules: High & Low

| | HIGH | LOW |
|---|---|---|
| | TS; ST; IT; ES; IS | IT; TS; MS |
| Yrs of Service | Wks of Severance | Wks of Severance |
| 0 - 2 | 2.0 | 2.0 |
| 3 | 3.0 | 2.5 |
| 4 | 4.0 | 3.0 |
| 5 | 5.0 | 3.0 |
| 6 | 6.0 | 3.5 |
| 7 | 7.0 | 4.0 |
| 8 | 8.0 | 4.5 |
| 9 | 9.0 | 5.0 |
| 10 | 10.0 | 5.5 |
| 11 | 11.0 | 6.0 |
| 12 | 12.0 | 6.5 |
| 13 | 13.0 | 7.0 |
| 14 | 14.0 | 7.0 |
| 15 | 15.0 | 7.5 |
| 16 | 16.0 | 8.0 |
| 17 | 17.0 | 8.5 |
| 18 | 18.0 | 9.0 |
| 19 | 19.0 | 9.5 |
| 20 | 20.0 | 10.0 |
| 21 | 21.0 | 10.0 |
| 22 | 22.0 | 10.0 |
| 23 | 23.0 | 10.0 |
| 24 | 24.0 | 10.0 |
| 25 - 26 | 25.0 | 10.0 |

5

CONFIDENTIAL

NGC08725

NGC08721

Current Severance Schedules by Eligibility Category NORTHROP GRUMMAN
TS Sector Summary

| Summary | Total | Sev=Yes | Sev=No | Sev-High | Sev-Low |
|---------|-------|---------|--------|----------|---------|
| Sus&Mod | 959 | 889 | 70 | 889 | - |
| Lake Charles | 548 | 224 | 324 | 224 | - |
| Services | 3,525 | 1,495 | 2,030 | 465 | 1,030 |
| Staff | 894 | 738 | 156 | 600 | 138 |
| **Totals** | **5,926** | **3,346** | **2,580** | **2,178** | **1,168** |
| % | | 56% | 44% | 65% | 35% |

6

HEADER / FOOTER INFORMATION (SUCH AS NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL I)

CONFIDENTIAL

NGC08726

NGC08721

# Current Severance Schedules by Eligibility Category NORTHROP GRUMMAN
## Details by Eligibility Category by Division

|  | Total | Sev=Yes | Sev=No | Sev-High | Sev-Low |
|---|---|---|---|---|---|
| **Sustainment & Modernization** | | | | | |
| ILMD | 959 | 889 | 70 | 889 | - |
| % | | 93% | 7% | 100% | 0% |
| **Lake Charles** | | | | | |
| LC | 548 | 224 | 324 | 224 | 0 |
| % | | 41% | 59% | 100% | 0% |
| **Services** | | | | | |
| DGSD | 845 | 12 | 833 | 1 | 11 |
| ILMD | 1,109 | 457 | 652 | 454 | 3 |
| TSD | 1,571 | 1,026 | 545 | 10 | 1,016 |
| Total | 3,525 | 1,495 | 2,030 | 465 | 1,030 |
| % | | 42% | 58% | 13% | 29% |
| **Staff** | | | | | |
| DGSD | 156 | 58 | 98 | 48 | 10 |
| ILMD | 372 | 325 | 47 | 325 | - |
| TSD | 168 | 157 | 11 | 29 | 128 |
| HQ | 198 | 198 | - | 198 | - |
| Total | 894 | 738 | 156 | 600 | 138 |
| % | | 83% | 17% | 67% | 15% |

7

HEADER / FOOTER INFORMATION (SUCH AS NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL I)

CONFIDENTIAL

NGC08727

NGC08721

# Recommendation

NORTHROP GRUMMAN

- Move TS sector to Low Severance Schedule

- Other Advantages – Cost Savings
    - Eliminates need for additional BPCs
    - Simplifies administration

8

HEADER / FOOTER INFORMATION (SUCH AS NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL I)

CONFIDENTIAL

NGC08728

NGC08721

## Next Steps

NORTHROP GRUMMAN

- Determine Feasibility of Moving to Low Severance

- Consult with GMs

- Decision – June 10th?

9

HEADER / FOOTER INFORMATION (SUCH AS NORTHROP GRUMMAN PRIVATE / PROPRIETARY LEVEL II)

CONFIDENTIAL

NGC08729

NGC08721



CONFIDENTIAL

NGC08730

NGC08721