# Exhibit K

Message
---

**From:** Miller, Kimberly A (TS) [kimberly.miller@ngc.com]
**Sent:** 8/10/2012 2:23:04 PM
**To:** Ussery, Louise (NGTS-VP) [louise.ussery@ngc.com]; Gilmore, Demile R (TS) [Demile.Gilmore@ngc.com]
**Subject:** RE: EXT :RE: Reduction In Force
**Attachments:** image002.jpg; image003.jpg


Looks good.  I will send to Denise and cc you.


Kim Miller

Director, Talent Acquisition

Northrop Grumman Corporation

Direct:  703-713-4085

kimberly.miller@ngc.com


NOR1644_EmailSignatureFinal <http://careers.northropgrumman.com/>


From: Ussery, Louise (NGTS-VP)
Sent: Friday, August 10, 2012 8:40 AM
To: Gilmore, Demile R (TS); Miller, Kimberly A (TS)
Subject: Re: EXT :RE: Reduction In Force


Kim

I am ok. Kim?
Louise Ussery
703-606-8527

From: Gilmore, Demile R (TS)
Sent: Friday, August 10, 2012 07:34 AM
To: Ussery, Louise (NGTS-VP); Miller, Kimberly A (TS)
Subject: RE: EXT :RE: Reduction In Force

How does this sound?


Severance was offered in March 2011 to this program.  However, severance eligibility and the severance schedule were harmonized in October 2011.  As of the harmonization date, all programs received no severance unless a specific approval was obtained from the VP/GM and the Division Business Manager.  In this case, the decision was made to no longer extend severance due to program affordability.


Demile Robinson Gilmore

Director, Human Resources

Northrop Grumman Corporation

Integrated Logistics and Modernization Division

Desk: 703.713.4327


CONFIDENTIAL                                                                 NGC14059

NGC14059

From: Ussery, Louise (NGTS-VP)
Sent: Friday, August 10, 2012 6:52 AM
To: Miller, Kimberly A (TS); Gilmore, Demile R (TS)
Subject: Re: EXT :RE: Reduction In Force


Yes. Maybe should state. We harmonized in xxx and the decision was made to no longer extend due to
business ......
Louise Ussery
703-606-8527


From: Miller, Kimberly A (TS)
Sent: Friday, August 10, 2012 05:48 AM
To: Ussery, Louise (NGTS-VP); Gilmore, Demile R (TS)
Subject: RE: EXT :RE: Reduction In Force


Demile..up to you.    I can email Denise when I get out of the SBR···should be around 10:00 (I hope).    I
am just a little confused on the wording however.        Did we take them off of severance but they we
first on the high severance plan?      The language I underlined confused me as it appears they went to
the ‘high severance plan’ in October 2011 but then did we take them off of the high plan.    If so what
date did we eliminate the severance plan.


 “Prior to October 2011, we were still following the legacy severance plan for the programs. When we
harmonized and went to the high severance plan in October all programs eligibility was reconsidered for
participation”


Kim Miller

Director, Talent Acquisition

Northrop Grumman Corporation

Direct:   703-713-4085

kimberly.miller@ngc.com


NOR1644_EmailSignatureFinal <http://careers.northropgrumman.com/>


From: Ussery, Louise (NGTS-VP)
Sent: Friday, August 10, 2012 6:10 AM
To: Gilmore, Demile R (TS); Miller, Kimberly A (TS)
Subject: Re: EXT :RE: Reduction In Force


I cannot get to laptop can u or kim respond to Denise in my absence and cc me, today. | **Redacted** |
Louise Ussery
703-606-8527


From: Gilmore, Demile R (TS)
Sent: Thursday, August 09, 2012 05:08 PM
To: Ussery, Louise (NGTS-VP); Miller, Kimberly A (TS)

CONFIDENTIAL

Subject: Re: EXT :RE: Reduction In Force


Yes, it is accurate. Prior to October 2011, we were still following the legacy severance plan for the programs. When we harmonized and went to the high severance plan in October all programs eligibility was reconsidered for participation.

--------------------------------
Demile Robinson Gilmore
2411 Dulles Corner Park #500
Herndon, Virginia 20155
(703) 713-4327 Desk
(703) 955-6369 BB


From: Ussery, Louise (NGTS-VP)
Sent: Thursday, August 09, 2012 02:28 PM
To: Gilmore, Demile R (TS); Miller, Kimberly A (TS)
Subject: Fw: EXT :RE: Reduction In Force


Fyi. Can either of u answer
Louise Ussery
703-606-8527


From: Peppard, Denise (CO)
Sent: Thursday, August 09, 2012 02:20 PM
To: Ussery, Louise (NGTS-VP)
Subject: FW: EXT :RE: Reduction In Force


Louise:

Is the statement about severance being offered previously on the same program accurate?

Thanks

Denise



From: Alan Carlson [mailto:alan.carlson@comcast.net]
Sent: Wednesday, August 08, 2012 11:27 AM
To: Peppard, Denise (CO); Denise Peppard
Cc: Gilmore, Demile R (TS)
Subject: FW: EXT :RE: Reduction In Force



Denise,


Thank-you for taking the time to read the e-mail thread that follows and giving it your consideration.


On July 17, 2012 I was given notice of a layoff due to a reduction in force.  My last day of employment was August 3, 2012.  I have enjoyed over 35 years of service to Northrop Grumman dating to December 13, 1976.  There was no severance package provided with this involuntary layoff.  There was no outplacement service provided to assist in finding new employment.


I am puzzled by the actions of the Technical Service Sector to not provide a severance package.  Demile Gilmore communicated that  "The program will not be able to offer severance."  This same program provided 26 weeks of severance pay to three colleagues from the same program who were laid off on April 11, 2011. What has changed between April 2011 and July 2012?


CONFIDENTIAL                                                                 NGC14061

NGC14059

I'm 64 years old. I was planning to retire on my 66th birthday, April 26, 2014. I have a 100% disabled spouse. She suffers from traumatic brain injury as a result of a car accident. Her medical care is substantial. I find being let go without any kind of financial bridge to be an unconscionable act.


Again, thank-you for your time and consideration in this matter and I look forward to hearing from you in the near future.


Very Respectfully,


Alan Carlson

51 E. Washington St.

Palatine, IL 60067

(H) 847-991-1738

(C) 312-246-3447

e-mail: alan.carlson@comcast.net




From: Alan Carlson [mailto:alan.carlson@comcast.net] <mailto:[mailto:alan.carlson@comcast.net]>
Sent: Tuesday, August 07, 2012 7:51 AM
To: 'Gilmore, Demile R (TS)'
Subject: RE: EXT :RE: Reduction In Force


Demile,


It is Tuesday, August 7th, 2012. I am waiting for you to return my call.


Thanks,


Alan Carlson

(H) 847-991-1738

(C) 312-246-3447


From: Gilmore, Demile R (TS) [mailto:Demile.Gilmore@ngc.com] <mailto:[mailto:Demile.Gilmore@ngc.com]>
Sent: Friday, August 03, 2012 4:41 PM
To: 'alan.carlson@comcast.net'
Subject: Re: EXT :RE: Reduction In Force


Hello Mr. Carlson,

I am out of the office. I am sorry I missed your call. I received your voicemail. I will give you a call first thing on Monday.

-------------------------------

CONFIDENTIAL

NGC14062

NGC14059

Demile Robinson Gilmore
2411 Dulles Corner Park #500
Herndon, Virginia 20155
(703) 713-4327 Desk
(703) 955-6369 BB


From: Alan Carlson [mailto:alan.carlson@comcast.net] <mailto:[mailto:alan.carlson@comcast.net]>
Sent: Friday, August 03, 2012 03:27 PM
To: Gilmore, Demile R (TS)
Subject: RE: EXT :RE: Reduction In Force


Demile,


Thank-you for the response.  What I need from you is a statement detailing why the program will not be
able to pay the severance and the names and titles of the decision makers of authority who made the
determination.


Thanks,


Alan


From: Gilmore, Demile R (TS) [mailto:Demile.Gilmore@ngc.com] <mailto:[mailto:Demile.Gilmore@ngc.com]>
Sent: Friday, August 03, 2012 3:16 PM
To: Alan Carlson
Subject: RE: EXT :RE: Reduction In Force


Mr. Carlson,


I was planning to give you a call.  The program will not be able to offer severance.  If you would like
to appeal this decision, please contact Margaret Collins at the Corporate Benefits office.  Margaret can
be reached at (310) 332-0121.  If you need any additional assistance, please contact me directly.


Demile Robinson Gilmore

Director, Human Resources

Northrop Grumman Corporation

Integrated Logistics and Modernization Division

Desk: 703.713.4327


From: Alan Carlson [mailto:alan.carlson@comcast.net] <mailto:[mailto:alan.carlson@comcast.net]>
Sent: Friday, August 03, 2012 2:19 PM
To: Gilmore, Demile R (TS)
Subject: EXT :RE: Reduction In Force


Demile,


I am following up on my issue request as it is Friday and I have not yet heard from you.


CONFIDENTIAL                                                                    NGC14063

NGC14059

Thanks,

Alan


From: Gilmore, Demile R (TS) [mailto:Demile.Gilmore@ngc.com] <mailto:[mailto:Demile.Gilmore@ngc.com]>
Sent: Tuesday, July 31, 2012 3:35 PM
To: Carlson, Alan (TS)
Cc: alan.carlson@comcast.net <mailto:alan.carlson@comcast.net>
Subject: RE: Reduction In Force


Mr. Carlson,


Thank you for contacting me.  I do not have any additional news but I will use this opportunity to
follow-up.  I understand you have been extended until Friday, August 3, 2012; I will get back to you
before that time.  Thanks.


Demile Robinson Gilmore

Director, Human Resources

Northrop Grumman Corporation

Integrated Logistics and Modernization Division

Desk: 703.713.4327


From: Carlson, Alan (TS)
Sent: Tuesday, July 31, 2012 3:21 PM
To: Gilmore, Demile R (TS)
Cc: alan.carlson@comcast.net <mailto:alan.carlson@comcast.net>
Subject: RE: Reduction In Force


Demile,


I am following-up on my e-mail to Dr. Jones.  Has there been any resolution to my concerns?  I would
appreciate your response.


Thanks,


Alan


From: Gilmore, Demile R (TS)
Sent: Thursday, July 26, 2012 2:46 PM
To: Carlson, Alan (TS)
Cc: alan.carlson@comcast.net <mailto:alan.carlson@comcast.net>
Subject: RE: Reduction In Force


CONFIDENTIAL                                                     NGC14064

NGC14059

Mr. Carlson,


Thank you.  I will be in touch.


Demile Robinson Gilmore

Director, Human Resources

Northrop Grumman Corporation

Integrated Logistics and Modernization Division

Desk: 703.713.4327


From: Carlson, Alan (TS)
Sent: Thursday, July 26, 2012 3:27 PM
To: Gilmore, Demile R (TS)
Cc: alan.carlson@comcast.net <mailto:alan.carlson@comcast.net>
Subject: FW: Reduction In Force


Demile,


Louise has indicated that the adjudication of my concerns may take several days.  My last day of
employment is Tuesday, July 31, 2012.  Should a response not be forthcoming prior to the 31st, I am
providing my personal contact information for receiving that response.


Alan Carlson

51 E. Washington St.

Palatine, IL 60067

(H) 847-991-1738

(C) 312-246-3447

e-mail: alan.carlson@comcast.net


Thanks,


Alan


From: Ussery, Louise (NGTS-VP)
Sent: Thursday, July 26, 2012 12:27 PM
To: Carlson, Alan (TS)
Subject: RE: Reduction In Force


Dear Mr. Carlson,


Your emails to me, Chris Jones and Wes Bush have been received.  First, let me thank you for bringing
your concerns to our attention.


CONFIDENTIAL                                                          NGC14065

NGC14059

I have initiated a review of the concerns you have raised in your email and a response will be provided to you. However, I anticipate that the review may take several days. In the meantime, please direct any further information on this issue to the attention to the programs Human Resources Director, Demile Gilmore, at Demile.gilmore@ngc.com.


Thanks,

Louise



Louise Ussery

Sector Vice President HR&A

Technical Services

2411 Dulles Corner Park

Herndon, VA  20171


Telephone     703-713-4020

Fax               703-713-4087

Cell              703-606-8527


louise.ussery@ngc.com <mailto:louise.ussery@ngc.com>



From: Carlson, Alan (TS)
Sent: Thursday, July 26, 2012 10:06 AM
To: Jones, Chris (TSVP-GM)
Cc: Ussery, Louise (NGTS-VP); Vice, Tom; Bush, Wes; alan.carlson@comcast.net
<mailto:alan.carlson@comcast.net>
Subject: Reduction In Force


Dear Dr. Jones,


My name is Alan Carlson. I'm the Program Manager for Threat Simulation Systems at the USAF QRC Programs Center. I have enjoyed over 35 years continuous employment with Northrop Grumman. On Tuesday, July 17, 2012, I was notified that I was being laid off as part of a reduction in force. Our new contract with the USAF, that commences on August 1, 2012, does not support the level of employment that has been previously supported. Also laid off from QRC are Pete De Luca, Engineering Manager, 38 years; Sophia Barnas, Inventory Specialist, 32 years; and Debra Montemayor, Repair Specialist, 25 years. All of us, except for Debra, are retirement eligible.


I can understand the business climate that has made this action necessary. What I cannot understand is that after 35 years of loyal service to Northrop Grumman, I have been dismissed with only two weeks' notice and no severance pay or outplacement service benefit. In my 35 years of service to the company, I have witnessed numerous layoffs and in every event, without exception, the effected employees received severance pay in accordance with Corporate Procedure H117, Employee Separations, and the attached

CONFIDENTIAL

NGC14066

NGC14059

Northrop Grumman Severance Plan.  Reading these documents, I find no reason why we were denied severance pay.

Since sometime late last year, we have received numerous communications from TS outlining changes to the retirement system.  These communications have provided us with the information we need to make informed decisions regarding our future.  There has been no communications about any changes in policy on severance pay.  If I had been informed in January 2012 that TS was no longer going to provide this benefit, I could have made an informed decision to retire early.  I could have retired, had a celebratory goodbye, and received my first retirement check on August 1, 2012.  Instead, I have to endure the humiliation of being laid off, and I won't be able to receive my first retirement check until October 1, 2012.  I am the caregiver for a 100 percent disabled spouse with tremendous medical expenses. This gap in income will be a very real hardship for me.

What has happened to the Northrop Grumman culture that is supposed to value its people?  How does this action align itself with the energy being expended by the corporation to engage its workforce?  How can Northrop Grumman expect to be considered as one of the top 100 companies in its class after implementing a policy of no severance benefit?  Pete, Sophia, Debra and I will move on with our lives.  Our friends and colleagues who remain will be asking themselves how this kind of action happened and how will they now prepare for their future.

Dr. Jones, you have the power to correct this injustice by authorizing our severance pay in accordance with the above referenced corporate procedure and plan.  I am hoping you will act to reaffirm the values of Northrop Grumman.

Very Respectfully,

Alan Carlson

Program Manager,

Threat Simulation Systems

(224) 625-6348

CONFIDENTIAL

NGC14067

NGC14059