IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | Case No. 13-cv-2635<br><br>District Court Judge Andrea R. Wood |

### DECLARATION OF LAURA HAMMARGREN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Laura Hammargren, declare as follows:

1. I am an attorney with the law firm of Mayer Brown LLP, counsel for Defendants Northrop Grumman Corp. and the Northrop Grumman Severance Plan (collectively, "Northrop") in the above-captioned matter. I am admitted to practice law before this Court. I submit this declaration in support of Northrop's Response in Opposition to Plaintiffs' Motion for Class Certification that is being filed concurrently. I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit 1 are true and correct excerpts from the December 16, 2016 deposition of Michael Penkert, Northrop Corporate Director of Employee Relations.

3. Attached as Exhibit 2 are true and correct excerpts from the January 12, 2017 deposition of Peter DeLuca.

1

4. Attached as Exhibit 3 are true and correct excerpts from the January 26, 2017 deposition of Alan Carlson.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of February, 2017 at Chicago, IL.

<u>/s/ Laura Hammargren</u>
Laura Hammargren