IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | Case No. 13-2635<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Maria Valdez |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Now come Plaintiffs Alan Carlson and Peter DeLuca, individually and on behalf of all others similarly situated (collectively "Plaintiffs"), by and through their attorneys, Michael Bartolic of Roberts Bartolic LLP, and R. Joseph Barton of Block & Leviton LLP, and move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to complete discovery in this matter.

1. The Court previously ordered discovery to be completed by April 15, 2017. (ECF #135).

2. The parties and the Court concurred that the parties should not file summary judgment briefs until 45 days after the latest of (1) the close of fact discovery, (2) the Court's ruling on Plaintiff's motion for class certification, and (3) the Court's ruling on Defendants' motion for partial summary judgment on the standard of review regarding Count I of the Amended Complaint. (ECF #135).

3. The parties completed briefing on the motion for class certification and Defendants' motion for partial summary judgment on the standard of review just last week on March 12, 2017. (ECF #s 181–182).

4. The motion for class certification had enough issues to warrant an enlargement to the page limitation from 15 pages per brief to 30 pages per brief.

5. The parties anticipate the Court would require more than 28 additional days to complete ruling on both of these significant motions.

6. Plaintiffs have one Interrogatory and five Document Requests that are outstanding.

7. Plaintiffs have taken a Rule 30(b)(6) deposition of the Plan. Defendants have taken the deposition of both Plaintiffs.

8. The parties are scheduling the remaining depositions. Plaintiffs have requested deposition dates for 5 witnesses, but may need up to 3 other depositions (including potentially a Rule 30(b)(6) deposition of Northrop Grumman), depending on the testimony in the first set of depositions. The additional time to schedule would permit the parties to use resources more carefully and schedule the immediately apparently necessary depositions first, and determine upon completing those whether the additional ones are necessary and still complete them in time if so.

9. Plaintiffs' counsel understand that Northrop Grumman Corporation and Defendants' counsel are in the middle of trial in *In Re Northrop Grumman Corp. ERISA Litigation*, No. 2:06-cv-06213 in U.S. District Court for the Central District of California, which is limiting their ability to immediately schedule depositions of some of the witnesses.

10. The parties jointly request until June 30, 2017 to complete discovery.

11. The parties do not believe, given the recent completion of the briefing of two significant motions, that this extension will cause an overall delay in the litigation.

12. The requested extension is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiffs respectfully request the Court enter an Order granting an enlargement of time to complete discovery through June 30, 2017.

Respectfully Submitted,

By:    /s/ Michael Bartolic             /s/ R. Joseph Barton

Attorneys for the Plaintiffs

Michael Bartolic     R. Joseph Barton
Roberts Bartolic LLP     Cohen Milstein Sellers & Toll PLLC
208 S. LaSalle Street     1100 New York Avenue
Suite 1420     Suite 500
Chicago, Illinois 60604     Washington, D.C. 20005
Tel: 312-635-1600     Tel: 202-408-4600
Fax: 312-635-1601     Fax: 202-408-4699

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 17, 2016, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Nancy G. Ross
Laura M. Hammargren
Abigail M. Bartine
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
T: 312-782-0600
F: 312-701-7711

                                                       /s/ Michael Bartolic