UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alan K Carlson, et al.

                                        Plaintiff,

v.                                                       Case No.: 1:13−cv−02635
                                                             Honorable Andrea R. Wood

Northrop Grumman Severance Plan, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 8, 2017:

       MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. The Court sets the following briefing schedule on Plaintiffs' motion to compel [195]: Defendant shall respond and provide the contested documents to chambers for in camera review by 6/22/2017 and Plaintiffs shall reply by 6/29/2017. The deadline for the completion of the fact discovery is extended to 7/31/2017 as discussed on the record. Status hearing set for 8/10/2017 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.