# EXHIBIT M

THE VALUE OF PERFORMANCE.
**NORTHROP GRUMMAN**

# TS Severance

December 6, 2012

Sector Compensation

CONFIDENTIAL

Northrop Grumman Private/Proprietary – Level 1

NGC14310

# TS Severance Status 

- TS currently utilizes two approaches with the severance plan for their non-VP population:
    1. Standard plan with a maximum payout of 26 weeks based on years of service
    2. No plan (zero weeks) – typically used for incumbent transfer type work with SCA contracts

- Severance is determined by contract based on affordability and government reimbursable (ie, incumbent transfers)
    - Surveyed the divisions to understand mix of:
        - Programs and populations eligible for severance
        - Severance recoverability

## Summary of Severance by Division



| Programs - Recoverable Severance (Fringe) | | | | | |
|---|---|---|---|---|---|
| Divisions | Yes | No | Partially[1] | N/A[2] | Total |
| DGSD | 11 | 4 | 5 | 35 | 55 |
| ILMD[3] | 26 | | | | 26 |
| TSD | 86 | | | 6 | 92 |
| Total | 123 | 4 | 5 | 41 | 173 |

| Programs - Eligible for Severance | | | | |
|---|---|---|---|---|
| Divisions | Yes | No | PMO Only | Total |
| DGSD | 20 | 35 | | 55 |
| ILMD | | 26 | | 26 |
| TSD | 83 | 6 | 3 | 92 |
| Total | 103 | 67 | 3 | 173 |

[1] Recoverable on cost type work but not on T&M/ FFP work
    DGSD IHO
    System Support G&A
    System Support Generalist
    System Support INT OH
    System Support MHX

[2] Program not eligible for severance

[3] For ILMD the severance is recoverable via the fringe rates for all programs. The recoverability depends on the fringe rate for a given year as many of the contracts are fixed price.

## 2013 At-Risk Programs



| Programs - At Risk in 2013 ||||
|---|---|---|---|
| Divisions | Yes | No | Total |
| DGSD | 10 | 45 | 55 |
| ILMD | 9 | 17 | 26 |
| TSD | 5 | 87 | 92 |
| Total | 24 | 149 | 173 |

| 2013 At Risk - Severance Eligible & Fringe Recoverable |||||  |
|---|---|---|---|---|---|
|  | Sev. Eligible || Recoverable || Total |
| Divisions | Yes | No | Yes | N/A |  |
| DGSD | 4 | 6 | 4 | 6 | 10 |
| ILMD |  | 9 | 9 |  | 9 |
| TSD | 5 |  | 5 |  | 5 |
| Total | 9 | 15 | 18 | 6 | 24 |

- Although recoverable through fringe, the recoverability depends on the fringe rate for any given year due to the nature of fixed price contracts

CONFIDENTIAL
Northrop Grumman Private/Proprietary – Level 1
NGC14310
NGC14313

# Next Steps



- HRDs are reaching out to business management to determine programs that could be impacted by fiscal cliff

**Redacted**

- Make decision on severance schedule and method:
    1. Keep current severance schedule and method (ie, by program)
    2. Adopt medium schedule and keep current method
    3. Adopt medium schedule for exempt & nonexempt; high schedule for Directors and keep current method
    4. Adopt a new schedule for all TS and new method

- Determine what additional analysis is required



CONFIDENTIAL

NGC14310

NGC14315