# EXHIBIT N

| Programs - Recoverable Severance (Fringe) | | | | | |
|---|---|---|---|---|---|
| Divisions | Yes | No | Partially[1] | N/A[2] | Total |
| DGSD | 11 | 4 | 5 | 35 | 55 |
| ILMD[3] | 26 | | | | 26 |
| TSD | 86 | | | 6 | 92 |
| **Total** | 123 | 4 | 5 | 41 | 173 |

| Programs - Eligible for Severance | | | | |
|---|---|---|---|---|
| Divisions | Yes | No | PMO Only | Total |
| DGSD | 20 | 35 | | 55 |
| ILMD | | 26 | | 26 |
| TSD | 83 | 6 | 3 | 92 |
| **Total** | **103** | **67** | **3** | **173** |

| Programs - At Risk in 2013 | | | |
|---|---|---|---|
| Divisions | Yes | No | Total |
| DGSD | 10 | 45 | 55 |
| ILMD | 9 | 17 | 26 |
| TSD | 5 | 87 | 92 |
| **Total** | **24** | **149** | **173** |

[1]**Recoverable on cost type work but not on T&M/ FFP work**

DGSD IHO
System Support G&A
System Support Generalist
System Support INT OH
System Support MHX

[2]**Program not eligible for severance**

[3]**For ILMD the severance is recoverable via the fringe rates for all programs. The recoverability depends on the fringe rate for a given year as many of the contracts are fixed price.**

| 2013 At Risk - Severance Eligible & Fringe Recoverable | | | | | |
|---|---|---|---|---|---|
| | Sev. Eligible | | Recoverable | | Total |
| Divisions | Yes | No | Yes | N/A | |
| DGSD | 4 | 6 | 4 | 6 | 10 |
| ILMD | | 9 | 9 | | 9 |
| TSD | 5 | | 5 | | 5 |
| **Total** | **9** | **15** | **18** | **6** | **24** |

| Div/HQ Function | Entity | BU | REDACTED | Recoverable Severance | If so, through Fringe or Contract? | SCA | CBA | Head-count | Sev Eligible | Program at Risk in 2013? | PLEASE ADD: Details regarding the CBA's or potential 2013 severance risks, OR additional general info on the Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 17 | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 143 | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 7 | No | No | |
| DGSD | 470 | Engineering and Science Services | | No | | No | No | 1 | Yes | No | Don Blanchard |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 7 | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | Yes | No | 76 | No | No | |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | No | 6 | Yes | No | |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | No | 1 | Yes | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | | | | No | No | |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | No | 45 | Yes | No | |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | No | 1 | Yes | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | | | | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 48 | No | No | |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | No | 3 | Yes | No | |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | No | 1 | Yes | No | Chris Jacques |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | | No | No | |
| DGSD | 470 | Engineering and Science Services | | No | | No | No | 3 | Yes | No | |
| DGSD | 470 | Engineering and Science Services | | No | | No | No | 1 | Yes | No | Dave Moore |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 4 | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 50 | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 23 | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | Yes | No | 23 | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | | | | No | No | |

| Div/HQ Function | Entity | BU | | Recoverable Severance | If so, through Fringe or Contract? | SCA | CBA | Head-count | Sev Eligible | Program at Risk in 2013? | PLEASE ADD: Details regarding the CBA's or potential 2013 severance risks, OR additional general info on the Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DGSD | 470 | Engineering and Science Services | REDACTED | N/A | | | | | No | No | |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 19 | No | No | Recompete - Award expected in Oct 2012, last day would be 12/31/12. Possible effective in 2013. **Won Recompete** |
| DGSD | 470 | Engineering and Science Services | | N/A | | Yes | No | 3 | No | No | Recompete - Award expected in Oct 2012, last day would be 12/31/12. Possible effective in 2013. **Won Recompete** |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | Yes | 123 | No | No | Recompete - Award expected in Oct 2012, last day would be 12/31/12. Possible effective in 2013. **Won Recompete** |
| DGSD | 459 | Ground Forces Sustainment | | N/A | | No | No | 103 | No | No | |
| DGSD | 459 | Ground Forces Sustainment | | No | | No | No | 1 | Yes | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | No | No | 50 | No | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | Yes | No | 11 | No | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | No | No | 4 | No | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | Yes | No | 27 | No | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | No | No | 45 | No | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | No | No | 2 | No | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | No | No | 27 | No | No | |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | Yes | No | 7 | No | No | |
| DGSD | 470 | HQ | | Partially | Fringe | No | No | 10 | Yes | No | |
| DGSD | 470 | HQ | | Partially | Fringe | No | No | 11 | Yes | No | |
| DGSD | 470 | HQ | | Partially | Fringe | No | No | 4 | Yes | No | |
| DGSD | 470 | HQ | | Partially | Fringe | No | No | 16 | Yes | No | |
| DGSD | 470 | HQ | | N/A | | No | No | 23 | No | No | |

| Div/HQ Function | Entity | BU | | Recoverable Severance | If so, through Fringe or Contract? | SCA | CBA | Head-count | Sev Eligible | Program at Risk in 2013? | PLEASE ADD: Details regarding the CBA's or potential 2013 severance risks, OR additional general info on the Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DGSD | 470 | HQ | | Partially | Fringe | No | No | 2 | Yes | No | |
| DGSD | 470 | ICBM Systems | | Yes | Fringe | No | No | 600 | Yes | No | |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | Yes | 118 | Yes | Yes | Possibly - Program up for recompete. If we don't win and ee's aren't picked up by new contractor, we will have to pay severance. |
| DGSD | 470 | Engineering and Science Services | | Yes | Fringe | No | Yes | 37 | Yes | Yes | Possibly - Program up for recompete. If we don't win and ee's aren't picked up by new contractor, we will have to pay severance. |
| DGSD | 470 | Engineering and Science Services | | N/A | | No | No | 87 | No | Yes | Program up for recompete - not severance eligible. |
| DGSD | 470 | Engineering and Science Services | REDACTED | N/A | | Yes | No | 164 | No | Yes | Program up for recompete - not severance eligible. |
| DGSD | 33 | Engineering and Science Services | | Yes | Fringe | No | No | 72 | Yes | Yes | The program has been up in the air for a while - searching for funding. Risk is unknown. Some employees were on furlough. |
| DGSD | 33 | Engineering and Science Services | | Yes | Fringe | No | No | 1 | Yes | Yes | The program has been up in the air for a while - searching for funding. |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | No | Yes | 288 | No | Yes | Per the CBA employees are entitled to two weeks pay in lieu of a two weeks notice. Program is up for recompete in 2013. |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | Yes | No | 8 | No | Yes | Contract does not offer severance. Program is up for recompete in 2013 |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | No | No | 25 | No | Yes | Contract does not offer severance. Program is up for recompete in 2013 |
| DGSD | 470 | Ground Forces Sustainment | | N/A | | Yes | Yes | 935 | No | Yes | Program recompete. Awarded Bridge contract 9/1/2012. Expires 5/31/2013 |
| HQ-Bus Dev | 444 | 26 | | Yes | Fringe | No | No | | Yes | No | |
| HQ-Bus Mgmt | 444 | 72 | | Yes | Fringe | No | No | | Yes | No | |
| HQ-Comm | 444 | 11 | | Yes | Fringe | No | No | | Yes | No | |
| HQ-GSC | 444 | 9 | | Yes | Fringe | No | No | | Yes | No | |
| HQ-HR&A | 444 | 76 | | Yes | Fringe | No | No | | Yes | No | |
| HQ-QSMA | 444 | 4 | | Yes | Fringe | No | No | | Yes | No | |
| ILMD | 459 | GLM | | Yes | Fringe | No | No | 32 | No | No | |
| ILMD | 459 | GLM | | Yes | Fringe | No | No | 7 | No | No | None |
| ILMD | 459 | USSC | | Yes | Fringe | No | No | 10 | No | No | January 2012 - 2 RIF/Severance paid |
| ILMD | 459 | GLM | | Yes | Fringe | No | No | 21 | No | No | |
| ILMD | 469 | USSC | | Yes | Fringe | No | No | 7 | No | No | |
| ILMD | 459 | USSC | | Yes | Fringe | No | No | 17 | No | No | February 2012 - 1 RIF/Severance paid |
| ILMD | 469 | USSC | | Yes | Fringe | No | No | 27 | No | No | |
| ILMD | 469 | SLM | | Yes | Fringe | No | No | 31 | No | No | |
| ILMD | 469 | SLM | | Yes | Fringe | No | No | 70 | No | No | |
| ILMD | 469 | SLM | | Yes | Fringe | Yes | No | 80 | No | No | |

| Div/HQ Function | Entity | BU | | Recoverable Severance | If so, through Fringe or Contract? | SCA | CBA | Head-count | Sev Eligible | Program at Risk in 2013? | PLEASE ADD: Details regarding the CBA's or potential 2013 severance risks, OR additional general info on the Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ILMD | 469 | SLM | | Yes | Fringe | No | No | 53 | No | No | |
| ILMD | 459 | KC-10 | | Yes | Fringe | Yes | No | 58 | No | No | |
| ILMD | 469 | SLM | | Yes | Fringe | No | No | 11 | No | No | Program will end before 2012 |
| ILMD | 469 | SLM | | Yes | Fringe | Yes | No | 25 | No | No | |
| ILMD | 459 | GLM | | Yes | Fringe | No | No | 20 | No | No | |
| ILMD | 33 | SLM | | Yes | Fringe | Yes | No | 130 | No | No | Risk for this group is 2012 (Dec) - severance was paid in March 2011 for a group of employees laid off with WRM&M |
| ILMD | 469 | SLM | | Yes | Fringe | Yes | No | 135 | No | No | |
| ILMD | 459 | GLM | | Yes | Fringe | Yes | No | 13 | No | Yes | Current contract extension until end of |
| ILMD | 469 | Lake Charles | | Yes | Fringe | No | No | 34 | No | Yes | 2 employees received severance in 2012. Both programs may be subject to reductions in 2013. |
| ILMD | 469 | SLM | REDACTED | Yes | Fringe | No | No | 136 | No | Yes | Possible reduction of Bio Watch work in 2013. Waiting to see if there is an RFP put out this year |
| ILMD | 469 | SLM | | Yes | Fringe | No | No | 39 | No | Yes | Contract extension ends March 2013. Has not been determined if there will be a new contract competition or if the program will end entirely |
| ILMD | 469 | USSC | | Yes | Fringe | No | No | 82 | No | Yes | Although we have been advised contract through 2013 we get funded quarter by quarter. Beale/Guam could be at risk if Block 30 funding cancelled. |
| ILMD | 459 | USSC | | Yes | Fringe | No | No | 32 | No | Yes | December 2011 - 1 RIF/Severance paid. Although we have been advised contract through 2013 we get funded quarter by quarter. Italy could be at risk if Block 30 funding cancelled. |
| ILMD | 469 | Lake Charles | | Yes | Fringe | No | No | 326 | No | Yes | 2 employees received severance in 2012. Both programs may be subject to reductions in 2013. |
| ILMD | 469 | Lake Charles | | Yes | Fringe | Yes | No | 138 | No | Yes | 2 employees received severance in 2012. Both programs may be subject to reductions in 2013. |
| ILMD | 469 | SLM | | Yes | Fringe | No | No | 365 | No | Yes | Current funding on a few contracts will end in 2013. Recompetes and follow on RFP's are expected. Should NG not receive the follow on or win the recompetes, reduction in personnel will be necessary. Layoffs during 2012, no severance provided |
| Prod Ops | 444 | 2 | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 459 | International | | Yes | Fringe | No | No | 111 | Yes | Yes | 2013 recompete - PMO Office only is eligible for severance |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 76 | Yes | Yes | 2013 Recompete |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 50 | Yes | Yes | Recompete was won and awarded on 10/4/12. Funding slightly reduced with the loss of 5 employees. |

| Div/HQ Function | Entity | BU | REDACTED | Recoverable Severance | If so, through Fringe or Contract? | SCA | CBA | Head-count | Sev Eligible | Program at Risk in 2013? | PLEASE ADD: Details regarding the CBA's or potential 2013 severance risks, OR additional general info on the Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TSD | 471 | AWS | | Yes | Fringe | No | No | 30 | Yes | Yes | Recompete was lost and 10/31/12 is the contract expiration. Most employees redeployed/reassigned. |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 16 | Yes | Yes | Currently up for recompete |
| TSD | 459 | International | | Yes | Fringe | No | No | 5 ft 75ptoc | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 0 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 8 | Yes | No | |
| TSD | 471 | | | N/A | | No | No | 5 | No | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 9 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 15 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 1 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 10 | Yes | No | |
| TSD | 459 | International | | Yes | Fringe | No | No | 1 ft 10ptoc | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 8 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 38 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 5 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 5 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 6 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 5 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 459 | International | | Yes | Fringe | No | No | 1 | PMO Only | No | PMO Office only is eligible for severance |
| TSD | 459 | International | | Yes | Fringe | No | No | 17 | PMO Only | No | PMO Office only is eligible for severance |
| TSD | 471 | | | Yes | Fringe | No | No | 5 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 1 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 98 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 7 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 459 | International | | N/A | | No | No | 24 | No | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 13 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 0 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 16 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |

Northrop Grumman Private / Proprietary - Level 1

| Div/HQ Function | Entity | BU | REDACTED | Recoverable Severance | If so, through Fringe or Contract? | SCA | CBA | Head-count | Sev Eligible | Program at Risk in 2013? | PLEASE ADD: Details regarding the CBA's or potential 2013 severance risks, OR additional general info on the Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TSD | 471 | | | Yes | Fringe | No | No | 0 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 12 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 13 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 3 | Yes | No | |
| TSD | 459 | International | | Yes | Fringe | No | No | 11 | PMO Only | No | PMO Office only is eligible for severance |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 2 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 5 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 23 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 38 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 4 | Yes | No | |
| TSD | 471 | | | Yes | Fringe | No | No | 4 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | Yes | 24 | Yes | No | Severance eligible except for the UNION. |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 208 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | | No | 1 | Yes | No | |
| TSD | 459 | MTS | | N/A | | No | No | 5 | No | No | severance sept 2012 |
| TSD | 471 | MTS | | N/A | | Yes | No | 317 FT 385 on-call | No | No | Business Mgt staff / Director eligible for severance |
| TSD | 471 | MTS | | Yes | Fringe | | No | 12 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | | No | 0 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | Yes | No | 180 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | | No | 198 | Yes | No | |
| TSD | 459 | MTS | | Yes | Fringe | No | No | 1 ft 1 pt | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 6 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 0 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 2 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 2 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 36 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 1 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 1 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 0 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 67 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 5 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 10 | Yes | No | |
| TSD | 459 | International | | N/A | | No | No | 26 | No | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 1 ft 1 pt | Yes | No | |
| TSD | 471 | International | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 459 | International | | N/A | | No | No | 1000+ | No | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | | Yes | No | |

| Div/HQ Function | Entity | BU | REDACTED | Recoverable Severance | If so, through Fringe or Contract? | SCA | CBA | Head-count | Sev Eligible | Program at Risk in 2013? | PLEASE ADD: Details regarding the CBA's or potential 2013 severance risks, OR additional general info on the Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TSD | 459 | International | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 459 | International | | Yes | Fringe | No | No | 25 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 7 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 3 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 10 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 0 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 6 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 0 | Yes | No | |
| TSD | 471 | AWS | | Yes | Fringe | Yes | No | 8 | Yes | No | Severance eligible except for the SCAs |
| TSD | 471 | AWS | | Yes | Fringe | No | No | 2 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 17 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 1 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 5 | Yes | No | |
| TSD | 471 | MTS | | Yes | Fringe | No | No | 6 | Yes | No | |

| | |
|---|---|
| Yes | 110 |
| No | 67 |
| PMO Only | 3 |
| | 180 |