UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Alan K Carlson, et al.
                                       Plaintiff,

v.                                             Case No.: 1:13−cv−02635
                                            Honorable Andrea R. Wood

Northrop Grumman Severance Plan, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 10, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Pursuant to the discussion held in open court, Defendants shall respond to Plaintiff's motion to compel [202] by 8/24/2017. Plaintiff shall file under seal an un−redacted version of Exhibit N attached to its memorandum in support motion to compel [203−15] by the close of business on 8/11/2017. Court staff and counsel for the parties shall have access to the sealed exhibit. The deadline for the completion of fact discovery is extended to 9/7/2017. Oral Argument hearing set for 9/7/2017 at 12:30 PM. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.