## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Alan K Carlson, et al.

                Plaintiff,

v.                                              Case No.: 1:13−cv−02635
                                              Honorable Andrea R. Wood

Northrop Grumman Severance Plan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2017:

       MINUTE entry before the Honorable Andrea R. Wood: In Court hearing held. Plaintiffs' motion to compel responses to Interrogatory No. 6 and Request for Production Nos. 40, 53, 55, 56, 58, and 60 [202] is granted in part and denied in part. By 10/4/2017, Defendant shall supplement its response to Interrogatory No. 6 to provide names and last known contact information for the identified former employees. The motion is denied as to the document requests. The Court will revisit the issue of requiring production of the contested documents at a later date. Plaintiffs' motion to compel production of un−redacted versions of redacted documents produced by Defendants [195] is taken under advisement for ruling. Status hearing set for 10/26/2017 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.