### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA, individually and on behalf of a class of similarly situated individuals<br><br>**Plaintiffs,**<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>**Defendants.** | **Case No. 13-cv-2635**<br><br>**District Court Judge Andrea R. Wood** |

### UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 26.2, Defendants Northrop Grumman Corporation and the Northrop Grumman Severance Plan, by their attorneys Nancy Ross, Laura Hammargren, Samuel Myler, and Jed Glickstein, hereby move this Court for a Sealing Order restricting access to "Unredacted Exhibit N to Docket 203," a copy of which was provisionally filed under seal by Plaintiffs on August 11, 2016. *See* Dkt. No. 206. In support, Defendants state the following:

1.      On August 2, 2017, Plaintiffs filed their Motion to Compel Responses To Interrogatory No. 16 and Request for Production Nos. 40, 53, 55, 56, 58, and 60. Dkt. No. 202 ("Motion"). Prior to filing, Plaintiffs informed Defendants that they intended to attach a copy of a spreadsheet entitled "TS Recoverable Severance," dated November 5, 2012, as Exhibit N to this motion. *See* Dkt. No. 203-15.

2.      In response, Defendants informed Plaintiffs that the "TS Recoverable Severance" document, which had been produced by Defendants in discovery and marked "Confidential"

1

pursuant to the Court's Confidentiality Order, Dkt. No. 148, contained confidential and proprietary data that should not be filed publicly. Accordingly, on August 2, 2017, Plaintiffs filed a redacted version of the document as Exhibit N to their motion. Dkt. No. 203-15.

3. On August 10, 2017, following a status hearing, the Court ordered Plaintiffs to file an unredacted version of Exhibit N under seal. Dkt. No. 205. Plaintiffs filed an unredacted version the following day. Dkt. No. 206.

4. Defendants believe that pursuant to Local Rule 23.2, Plaintiffs' August 10, 2017 filing under seal was provisional. *See* Local Rule 23.2(c)(1). Because the document filed by Plaintiffs was produced by Defendants and contains data Defendants contend is confidential, Defendants submit this motion pursuant to Local Rule 23.2(c)(3) requesting a Sealing Order to ensure that the document remains under seal.

4. As set forth in the accompanying Declaration of Nimish Doshi in Support of Defendants' Motion to Seal, the redacted column in Dkt. No. 203-15 contains "Program Names" for numerous programs in the Technical Services sector of Northrop Grumman. The public release of this information could cause Northrop Grumman competitive harm and, if combined with information learned from other sources, could potentially be detrimental to national security.

5. Following the September 20, 2017 hearing on Plaintiffs' Motion, counsel for Defendants and counsel for Plaintiffs conferred regarding Defendants' desire that the unredacted version of Exhibit N remain under seal. Counsel for Plaintiffs stated that they did not oppose sealing the material.

WHEREFORE, Defendants request that the Court enter a Sealing Order directing that the unredacted version of Exhibit N (Dkt. No. 206) remain sealed and protected against public disclosure.

Date: September 27, 2017 Respectfully submitted,

/s/ *Samuel P. Myler*
Nancy G. Ross (No. 6190243)
Laura R. Hammargren (No. 6310920)
Samuel P. Myler (No. 6309477)
Jed W. Glickstein (No. 6315387)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312.782.0600
Facsimile: 312.701.7711
NRoss@mayerbrown.com
LHammargren@mayerbrown.com
SMyler@mayerbrown.com
JGlickstein@mayerbrown.com

*Attorneys for Northrop Grumman*
*Corporation and Northrop Grumman*
*Severance Plan*

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon all parties of record via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois on September 27, 2017.

/s/  Samuel Myler
Samuel Myler

Nancy G. Ross
Laura R. Hammargren
Samuel P. Myler
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Dr.
Chicago, IL  60606
Tel:  312-782-0600
Fax:  312-701-7711