IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | Case No. 13-cv-2635<br><br>Judge Andrea Wood |

**DECLARATION OF NIMISH DOSHI IN SUPPORT OF DEFENDANTS' MOTION TO SEAL**

I, Nimish Doshi, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am employed by Northrop Grumman Systems Corporation, a subsidiary of Northrop Grumman Corporation (collectively, "Northrop Grumman" or the "Company"). I have been employed at Northrop Grumman since 1997.

2. As stated in previous declarations in this matter, the Company and its subsidiaries conduct business operations through different business segments, termed "sectors." *See* Declaration of Cat Turner, Dkt. No. 136-3, 2-3. Each sector is further divided into various divisions; divisions are further divided into business units; and business units are further divided into programs.

3. My current position is as Vice President of Internal Audit department for the Company. I started in that role in July 2017.

4. I previously served as Sector Vice President, Business Management, and Chief Financial Officer of Northrop Grumman's Technology Services sector. Prior to that role, I served in positions including Vice President and Chief Financial Officer of the former Technical Services sector and, starting in December 2009, Vice President, Business Management, for the Integrated Logistics and Modernization Division ("ILMD") of the Technical Services sector.

5. These positions gave me close familiarity with the operations of Northrop Grumman's Technical Services and Technology Services sector and the divisions, business units, and programs in that sector.

6. I have reviewed an unredacted version of a spreadsheet filed as Exhibit N to Plaintiff's Memorandum of Law in Support of their Motion to Compel, Docket No. 203-15, which I understand has been filed under seal. *See* Dkt No. 205. I understand the same exhibit has been publicly filed with one column redacted, which contains the Program Names for hundreds of Technical Services programs.

7. The release of Program Names to the public would cause Northrop Grumman competitive harm because competitors could understand how Northrop Grumman administers particular costs and what staffing levels Northrop Grumman utilizes on hundreds of individual programs, thereby providing them with insights into how they can compete more effectively with Northrop Grumman. Northrop Grumman does not publicly disclose detailed staffing and accounting practices information at the program level.

8. In addition, some of the Program Names refer to classified programs. While the Program Names themselves are not classified, the release of information about the programs could be detrimental to national security if combined with information learned from other sources.

Executed on this 20 day of September 2017, at Falls Church, VA.

_____
Nimish Doshi