IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA, individually and on behalf of a class of similarly situated individuals., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, <br><br> Defendants. | Civil Action No. 13-cv-2635 <br><br> Judge Andrea Wood |

**STIPULATION REGARDING FURTHER MEET AND CONFER AND MOTION
TO COMPEL UPON THE COURT'S DECISION ON PENDING MOTION TO COMPEL**

Plaintiffs Alan Carlson and Peter Deluca, individually and on behalf of a class of similarly situated individuals, and Defendants Northrop Grumman Corporation and the Northrop Grumman Severance Plan (jointly, "the Parties") stipulate as follows:

1. On June 5, 2017, Plaintiffs filed a Motion to Compel Production of Unredacted Versions of Redacted Documents Produced by Defendants ("the June 5, 2017 Motion to Compel") requesting the Court to order Defendants to produce the unredacted versions of certain redacted documents produced by Defendants.

2. On July 20, 2017, by e-mail, Plaintiffs identified to Defendants additional documents listed on Defendants' privilege logs that Defendants either redacted or withheld under a claim or claims of privilege ("the List of Additional Documents"). Plaintiffs requested to schedule a meet-and-confer with Defendants to discuss whether the listed documents should be disclosed under the fiduciary exception.

3. On July 27, 2017, the Parties met and conferred to discuss the List of Additional Documents.

4. On August 16, 2017, Defendants produced (a) a set of documents containing some (but not all) of the previously produced documents on the List of Additional Documents, with revised or no redactions, and (b) a set of documents containing some (but not all) of the previously withheld documents on the List of Additional Documents. Some of the documents in the second set were produced with redactions. Defendants informed Plaintiffs that they would not disclose the remaining documents on the List of Additional Documents. At the time of their production on August 16, 2017, Defendants also informed Plaintiffs that after reviewing the documents, Defendants believed that all documents on the List of Additional Documents were privileged and none had been improperly withheld or redacted.

5. The Parties believe that the Court's decision on the pending June 5, 2017 Motion to Compel may impact whether a further motion to compel any of the remaining redacted or withheld documents on the List of Additional Documents is necessary. Therefore, the Parties believe that, if Plaintiffs are to file a further motion to compel, briefing on any of the remaining documents is most appropriate after the Court issues a ruling on the June 5, 2017 Motion to Compel.

6. In order to avoid a further motion to compel or, if the Parties cannot resolve their dispute, reduce the number of documents at issue, the Parties stipulate to the following procedure:

    a. After the Court issues its decision on the June 5, 2017 Motion to Compel ("the Decision"), if Defendants decide to disclose to Plaintiffs any of the remaining

redacted or withheld documents on the List of Additional Documents, they will do so within 15 days of the Decision;

b. If Plaintiffs decide to challenge any remaining redacted or withheld documents on the List of Additional Documents, the Parties will schedule and conclude any meet and confer for the parties to discuss these documents within 30 days of the Decision; and

c. If the Parties cannot informally resolve their dispute regarding the remaining documents on the List of Additional Documents, Plaintiffs must file any motion to compel regarding those documents within 60 days of the Decision.

Dated: October 5, 2017

| | |
|---|---|
| /s/ R. Joseph Barton | /s/ Nancy Ross |
| R. Joseph Barton | Nancy Ross |
| Block & Leviton LLP | Laura Hammargren |
| 1735 20th Street, NW | Samuel Myler |
| Washington, DC 20009 | Mayer Brown LLP |
| Tel: 202-734-7046 | 71 S. Wacker Drive |
| E-Mail: jbarton@blockesq.com | Chicago, IL 60606 |
| | E-Mail: NRoss@mayerbrown.com; |
| Michael Bartolic | E-Mail: LHammargren@mayerbrown.com; |
| Roberts Bartolic LLP | E-Mail: SMyler@mayerbrown.com |
| 208 S. LaSalle Street, Suite 1420 | |
| Chicago, Illinois 60603 | *Attorneys for Defendant* |
| Tel: 312-635-1600 | |
| E-Mail: mbartolic@robertsbartolic.com | |

Vincent Cheng
Block & Leviton LLP
610 16th Street, Suite 214
Oakland, CA 94612
Tel: 510-543-0489
E-Mail: vincent@blockesq.com

*Attorneys for Plaintiffs*