IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON and PETER DELUCA<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | Case No. 13-cv-2635<br><br>District Court Judge Andrea R. Wood |

## JOINT STATUS REPORT

On November 6, 2018, the Court ordered the parties to file a written status report by November 27. S*ee* Dkt. 239. Pursuant to that order, the parties state that they await the Court's order on Plaintiffs' pending motion for class certification and that, once the Court issues the class certification order and the parties have had an opportunity to review it, the parties will submit an additional status report if the Court wishes.

Date: November 27, 2018               Respectfully submitted,

/s/ *Michael Bartolic*                /s/ *Nancy G. Ross*
Michael Bartolic                       Nancy G. Ross (No. 6190243)
The Law Offices of Michael Bartolic, LLC   Laura Hammargren (No. 6310920)
208 S. LaSalle Street, Suite 1420      Samuel Myler (No. 6309477)
Chicago, Illinois 60604                MAYER BROWN LLP
Email: mbartolic@michaelbartolic.com   71 South Wacker Drive
                                       Chicago, IL 60606
*Attorney for Plaintiffs*              Telephone: 312.782.0600
                                       Facsimile: 312.701.7711

                                       *Attorneys for Northrop Grumman Corporation*
                                       *and Northrop Grumman Severance Plan*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon all parties of record via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois on November 27, 2018.

                                              /s/ *Nancy G. Ross*
                                              Nancy G. Ross