

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Vincent Cheng

Firm   Block & Leviton LLP

Street Address   100 Pine Street, Suite 1250

City/State/Zip Code   San Francisco, CA 94111

Phone Number   415-968-8999

Email address   vincent@blockesq.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:13-cv-2635 | Carlson v. Northrop Grumman Severance Plan | Hon. Andrea Wood |
| | | |
| | | |
| | | |
| | | |

Signature of Attorney

05/09/2019
Date

Rev. 01272016