IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA, individually and on behalf of a class of similarly situated individuals., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, <br><br> Defendants. | Civil Action No. 13-cv-2635 <br><br> Judge Andrea Wood <br><br> Magistrate Judge Maria Valdez |

**PLAINTIFFS' RENEWED MOTION
FOR CLASS CERTIFICATION OF COUNTS II AND III**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Alan Carlson and Peter Deluca, by and through their attorneys, respectfully move this Court for an order pursuant to Rule 23(a) and Rule 23(b)(2) certifying Counts II and III by Plaintiffs in the Amended Complaint under the Employee Retirement Income Security Act of 1974 ("ERISA"), on behalf of two subclasses of the Amended Class that the Court certified for Count I pursuant to its October 11, 2019 Order (Dkt. No. 248) and subject to the exclusions of the Amended Class, as follows:

1. Certifying Count II on behalf of the following Subclass (the "Technical Services Subclass"): All members of the Amended Class who worked in the Technical Services Sector at the time of their layoff from Northrop Grumman Corporation.

2. Certifying Count III on behalf of the following Subclass (the Pre-October 2011 Hires Subclass"): All members of the Amended Class whose original date of hire with Northrop Grumman Corporation was before October 2011.

1

3. Appointing Plaintiffs Alan Carlson and Peter DeLuca as Class Representatives of Subclasses A and B.

4. Appointing Michael Bartolic of The Law Offices of Michael Bartolic, LLC and R. Joseph Barton of Block and Leviton LLP as Co-Lead Class Counsel for the Subclasses.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Ming Siegel, the exhibits accompanying the declarations, the pleadings on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on the motion.

Dated: December 20, 2019　　　　　　　　　Respectfully submitted,

/s/ Michael Bartolic
Michael Bartolic
The Law Offices of Michael Bartolic, LLC
208 S. LaSalle Street, Suite 1420
Chicago, Illinois 60603
Tel: 312-635-1600
Email: mbartolic@michaelbartolic.com

R. Joseph Barton
Block & Leviton LLP
1735 20th Street, NW
Washington, DC 20009
Tel: 202-734-7046
Email: jbarton@blockesq.com

Vincent Cheng
Block & Leviton LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 510-543-0489
Email: vincent@blockesq.com

*Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon all parties of record via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois on December 20, 2019.

/s/ Michael Bartolic  
Michael Bartolic
