**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals, | Case No. 13-cv-2635 |
| | Judge Andrea R. Wood |
| Plaintiffs, | Magistrate Judge Maria Valdez |
| vs. | |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | |
| Defendants. | |

## EXHIBIT LIST

1. Declaration of Ming Siegel

   A. Dec. 30, 2016 Correspondence from L. Hammargren to M. Bartolic Supplementing Defendants' Response to Interrogatory 16 and RFP 40.

   B. Oct. 4, 2017 Email from L. Hammargren to R. Joseph Barton, M. Bartolic, and V. Cheng Supplementing Defendants' Response to Interrogatory 16 and RFP 40.