# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA, individually and on behalf of a class of similarly situated individuals., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, <br><br> Defendants. | Civil Action No. 13-cv-2635 <br><br> Judge Andrea Wood <br><br> Magistrate Judge Maria Valdez |

**DECLARATION OF MING SIEGEL
IN SUPPORT OF PLAINTIFFS' RENEWED MOTION
FOR CLASS CERTIFICATION OF COUNTS II AND III**

I, Ming Siegel, declare under the penalty of perjury of the laws of the United States:

1. I am a paralegal in the law firm of Block & Leviton LLP, 1735 20th Street, NW, Washington, D.C. 20009.

2. I was asked to review the terminated employee data produced by Defendants on December 30, 2016. A true and correct copy of the cover letter that accompanied this data is attached as Exhibit A. The data Defendants provided to supplement their response to Plaintiffs' Interrogatory No. 16 and Request for Production No. 40 contained the following information: (1) MyID number; (2) termination date; (3) sector; (4) org lvl 3 name; (5) org lvl 4 name; (6) BPC code; (7) hourly rate; (8) original hire date; and (9) most recent hire date. Based upon my review of that data, in total, there were 510 people in the data with an original hire date on or before September 30, 2011.

1

3. I was also asked to review the identity and contact information produced by Defendants on October 4, 2017. A true and correct copy of the email that accompanied the information produced is attached as Exhibit B. The information that Defendants produced on October 4, 2017 to supplement their response to Plaintiffs' Interrogatory No. 16 and Request for Production No. 40 contained the MyID number, name, and address of each individual identified in the December 30, 2017 data. Based upon my review of the December 30, 2016 data and the information produced on October 4, 2017, Plaintiff Carlson's original hire date and sector were December 13, 1976 and Technical Services, respectively, and Plaintiff DeLuca's original hire date and sector were November 4, 1974 and Technical Services, respectively.

The foregoing is true and correct to the best of my knowledge and belief.

Executed in Washington, D.C. on December 18, 2019.

_____
Ming Siegel