# Exhibit A

# MAYER · BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Laura R. Hammargren**
Direct Tel +1 312 701 8146
Direct Fax +1 312 706 8210
lhammargren@mayerbrown.com

December 30, 2016

Michael Bartolic
Roberts Bartolic LLP
208 South LaSalle Street
Suite 1420
Chicago, IL 60604

Re:     Carlson v. Northrop Grumman Corp., No. 13-cv-
        2635 (N.D. Ill.) – Data Production

Dear Michael:

    As set forth in Defendants' December 23, 2016 correspondence, Defendants agreed to supplement their response to ROG No. 16 and RFP No. 40 with certain information about the individuals identified in the chart from Defendants' Amended Response to Interrogatory No. 16, served December 15, 2016.

    Accordingly, in Exhibit A attached to this letter, Defendants have provided, for those individuals, the following information: (1) MYID number; (2) termination date; (3) sector and program; (4) BPC code; (5) hourly rate; and (6) original hire date and most recent hire date. As stated in our objections and our December 23 letter, your request in subpart (e) of RFP No. 40, the amount of Cash Severance to which the person would have been entitled under the Plan, is data that Northrop does not generate in the regular course of its business. By producing the attached data, Northrop is not waiving any objections it may have to the relevance or propriety of such calculations, particularly as Northrop's investigation related to these individuals and this data is still preliminary and still ongoing, nor does Northrop waive any of its objections that Plaintiffs do not adequately represent these individuals as part of any putative class.

    Northrop has produced this data as Highly Confidential under the terms of the protective order currently in place.

Sincerely,

*Laura Hammargren*

Laura R. Hammargren

Mayer Brown LLP

Michael Bartolic
December 30, 2016
Page 2

cc:     Nancy Ross
        Abby Bartine
        Kira Hettinger
        Joe Barton