IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON and PETER DELUCA<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | Case No. 13-cv-2635<br><br>District Court Judge Andrea R. Wood |

## DECLARATION OF SAMUEL P. MYLER

I, Samuel P. Myler, submit this declaration in support of the contemporaneously-filed Defendants' Memorandum in Opposition to Plaintiffs' Renewed Motion for Class Certification of Counts II and III. I have personal knowledge of the facts set forth herein, except where otherwise noted, and would testify to such facts if called as a witness.

1. Attached hereto as **Exhibit A** are true and correct excerpts from the December 16, 2016 deposition of the Northrop Grumman Corporation Severance Plan by and through its Designated 30(b)(6) Representative, Michael Lee Penkert.

2. Attached hereto as **Exhibit B** are true and correct excerpts from the January 26, 2017 deposition of Alan Keith Carlson.

3. Attached hereto as **Exhibit C** are true and correct excerpts from the January 12, 2017 deposition of Peter DeLuca.

4. Attached hereto as **Exhibit D** are true and correct excerpts from the August 23, 2017 deposition of Nimish Doshi.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2020 /s/ *Samuel P. Myler*

Samuel P. Myler