**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA, individually and on behalf of a class of similarly situated individuals., )<br><br>Plaintiffs, )<br><br>v. )<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, )<br><br>Defendants. ) | Civil Action No. 13-cv-2635<br><br>Judge Andrea Wood<br><br>Magistrate Judge Maria Valdez |

**DECLARATION OF VINCENT CHENG IN SUPPORT OF PLAINTIFFS' RENEWED
MOTION FOR CLASS CERTIFICATION OF COUNTS II AND III**

I, Vincent Cheng, declare under the penalty of perjury of the laws of the United States as follows:

1. I am an associate attorney at the California office of Block & Leviton LLP. I am counsel for Plaintiffs in the above-referenced matter. I am an active member of the State Bar of California and am admitted to practice in and am in good standing in the Northern District of Illinois.

2. Attached are true and correct copies of the following documents:

**<u>Deposition Transcripts</u>**

Exhibit A: Excerpts of the Deposition of Michael Lee Penkert

Exhibit B: Excerpts of the Deposition of Nimish Doshi

Exhibit C: Excerpts of the Deposition of Alan Carlson

Exhibit D: Excerpts of the Deposition of Peter DeLuca

The foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of February, 2020, in San Francisco, California.

_____
Vincent Cheng