sIN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN,<br><br>Defendants. | Case No. 13-cv-2635<br><br>District Court Judge Andrea R. Wood |

### DECLARATION OF SAMUEL P. MYLER

I, Samuel P. Myler, submit this declaration in support of the motion for summary judgment filed by defendants Northrop Grumman Corporation and the Northrop Grumman Severance Plan ("the Northrop Defendants"). I have personal knowledge of the facts set forth herein, except where otherwise noted, and would testify to such facts if called as a witness.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the First Amended Complaint (ECF. 62) filed in this action.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Michael L. Penkert submitted in support of the Northrop Defendants' Motion for Summary Judgment.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the July 1, 2002 Northrop Grumman Corporation Severance Plans Guide to Administration (NGC01021) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This exhibit is authenticated by the Declaration of Michael L. Penkert (Exhibit 2).

4. Attached hereto as **Exhibit 4** is a true and correct copy of the June 1, 2010 Northrop Grumman Information Systems Severance Plan Administration Guide (NGC05905) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This exhibit is authenticated by the Declaration of Michael L. Penkert (Exhibit 2).

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Step by Step Reduction In Force (RIF) Process (effective 5/2010) (NGC06531) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This exhibit is authenticated by the Declaration of Michael L. Penkert (Exhibit 2).

6. Attached hereto as **Exhibit 6** is a true and correct copy of a July 2010 powerpoint entitled SDM & Process Overview Workforce Reduction (NGC05799) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This exhibit is authenticated by the Declaration of Michael L. Penkert (Exhibit 2).

7. Attached hereto as **Exhibit 7** is a true and correct copy of the TS Sector RIF Guidelines (NGC06706) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This exhibit is authenticated by the Declaration of Michael L. Penkert (Exhibit 2).

8. Attached hereto as **Exhibit 8** is a true and correct copy of the July 2013 Northrop Grumman Technical Services Severance Plan Administration Guide produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This exhibit is authenticated by the Declaration of Michael L. Penkert (Exhibit 2).

9. Attached hereto as **Exhibit 9** is a true and correct copy of the Declaration of Jim Kemp submitted in support of the Northrop Defendants' Motion for Summary Judgment.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the 2012 Adoption of Northrop Grumman Severance Plan (NGC00808) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Jim Kemp (Exhibit 9).

11. Attached hereto as **Exhibit 11** is a true and correct copy of the June 1, 2010 Northrop Grumman Severance Plan (NGC01274) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Jim Kemp (Exhibit 9).

12. Attached hereto as **Exhibit 12** is a true and correct copy the January 1, 2012 Northrop Grumman Severance Plan (NGC01263) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Jim Kemp (Exhibit 9).

13. Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration of Margaret Collins submitted in support of the Northrop Defendants' Motion for Summary Judgment.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the 2012 claims letters from Alan Carlson and Peter DeLuca (NGC00001) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Margaret Collins (Exhibit 13).

15. Attached hereto as **Exhibit 15** is a true and correct copy of the 2012 claims denial letters regarding Alan Carlson and Peter DeLuca (NGC00249) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Margaret Collins (Exhibit 13).

3

16. Attached hereto as **Exhibit 16** is a true and correct copy of the 2013 claims appeal letters regarding Alan Carlson and Peter DeLuca (NGC00035) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Margaret Collins (Exhibit 13).

17. Attached hereto as **Exhibit 17** is a true and correct copy of the January 31, 2013 Minutes of a Meeting of the Severance Plan Review Committee (NGC00363) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Margaret Collins (Exhibit 13).

18. Attached hereto as **Exhibit 18** is a true and correct copy of the 2013 claims appeal memorandum regarding Alan Carlson and Peter DeLuca (NGC00096) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Margaret Collins (Exhibit 13).

19. Attached hereto as **Exhibit 19** is a true and correct copy of the 2013 claims denial letters regarding Alan Carlson and Peter DeLuca (NGC00228) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case. This document is authenticated by the Declaration of Margaret Collins (Exhibit 13).

20. Attached hereto as **Exhibit 20** is a true and correct copy of the Declaration of Louise Ussery submitted in support of the Northrop Defendants' Motion for Summary Judgment.

21. Attached hereto as **Exhibit 21** is a true and correct copy of a July 2, 2012 email from C. Fonseca to L. Ussery re: Severance (NGC24978) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case.

22. Attached hereto as **Exhibit 22** is a true and correct copy of a June 6, 2011 powerpoint entitled TS Sector Severance Rationalization (NGC07216) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case.

23. Attached hereto as **Exhibit 23** are relevant excerpts from the December 16, 2016 sworn deposition of Michael L. Penkert.

24. Attached hereto as **Exhibit 24** are relevant excerpts from the December 16, 2016 sworn deposition of Demile Gilmore.

25. Attached hereto as **Exhibit 25** are relevant excerpts from the May 10, 2017 sworn deposition of Louise Ussery.

26. Attached hereto as **Exhibit 26** are relevant excerpts from the June 6, 2017 sworn deposition of Margaret Collins.

27. Attached hereto as **Exhibit 27** is a true and correct copy of a November 9, 2012 email from T. Hurley to M. Collins introduced as Exhibit 18 at the deposition of Margaret Collins.

28. Attached hereto as **Exhibit 28** is a true and correct copy of a July 24, 2012 email from L. Ussery to C. Fonseca (NGC06996) produced by the Northrop Defendants in response to Plaintiffs' discovery requests in this case and introduced as Exhibit 4 at the deposition of Louise.

29. Attached hereto as **Exhibit 29** are relevant excerpts from the May 23, 2017 sworn deposition of Cynthia Fonseca.

30. Attached hereto as **Exhibit 30** are relevant excerpts from the August 24, 2017 sworn deposition of William H. LaRose.

31. Attached hereto as **Exhibit 31** are relevant excerpts from the June 30, 2017 sworn deposition of Christopher T. Jones.

5

32. Attached hereto as **Exhibit 32** are relevant excerpts from the August 23, 2017 sworn deposition of Nimish Doshi.

33. Attached hereto as **Exhibit 33** is a true and correct copy of an email from N. Doshi to C. Jones re: ILMD Severance (NGC00953) produced by the Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 14 of the deposition of Nimish Doshi.

34. Attached hereto as **Exhibit 34** are relevant excerpts from the June 13, 2017 sworn deposition of Keri Pierce.

35. Attached hereto as **Exhibit 35** are relevant excerpts from the July 26, 2017 sworn deposition of Kathleen M. Sholinsky.

36. Attached hereto as **Exhibit 36** are relevant excerpts from the August 22, 2017 sworn deposition of Robert Stolte.

37. Attached hereto as **Exhibit 37** is a true and correct copy of the 2013 claims appeal denial letter regarding James Stolte (STOLTE00101) produced by James Stolte in response to Plaintiffs' discovery requests and introduced as Exhibit 8 at the deposition of James Stolte.

38. Attached hereto as **Exhibit 38** is a true and correct copy of an email from N. Doshi to C. Jones re: F-16 FILS Severance (NGC00984) produced by the Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 4 at the deposition of Demile Gilmore.

39. Attached hereto as **Exhibit 39** are relevant excerpts from the January 26, 2017 sworn deposition of Alan K. Carlson.

40. Attached hereto as **Exhibit 40** are relevant excerpts from the January 12, 2017 sworn deposition of Peter DeLuca.

41. Attached hereto as **Exhibit 41** is a true and correct copy of the 2012 Layoff/RIF Approval Request regarding Peter DeLuca (NGC00598) produced by the Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 10 at the deposition of Keri Pierce.

42. Attached hereto as **Exhibit 42** is a true and correct copy of the Technical Services Program Severance Authorization Form (NGC00912) produced by the Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 15 at the deposition of Nimish Doshi.

43. Attached hereto as **Exhibit 43** is a true and correct copy of a July 7, 2011 email from D. Field to L. Wingate re: Severance Form (NGC13453) produced by the Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 3 at the deposition of Demile Gilmore.

44. Attached hereto as **Exhibit 44** is a true and correct copy of a January 9, 2014 powerpoint entitled TS Severance Update (NGC14550) produced by the Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 10 at the deposition of Cynthia Fonseca.

45. Attached hereto as **Exhibit 45** is a true and correct copy of a July 7, 2011 email from S Eastin to R. Bailey, et al re: Severance Form (NGC04583) produced by the Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 16 at the deposition of Louise Ussery.

46. Attached hereto as **Exhibit 46** is a true and correct copy of an August 6, 2012 email from R. DeGrandis to D. Schefer re: NGCP-12-07-0106 (NGC00585) produced by the

7

Northrop Defendants in response to Plaintiffs' discovery requests and introduced as Exhibit 17 at the deposition of Keri Pierce.

47. Attached hereto as **Exhibit 47** is a true and correct copy of Plaintiffs' June 16, 2014 Responses to Defendants' First Set of Interrogatories.

Date: July 3, 2020                        Respectfully submitted,

/s/ *Samuel P. Myler*
Nancy G. Ross (6190243)
nross@mayerbrown.com
Samuel P. Myler (6309755)
smyler@mayerbrown.com
Abigail M. Bartine (6312317)
abartine@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312.782.0600
Facsimile: 312.701.7711

*Attorneys for Northrop Grumman Corporation and Northrop Grumman Severance Plan*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon all parties of record via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois on July 3, 2020.

/s/ Samuel P. Myler
Samuel P. Myler