IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN CARLSON & PETER DELUCA, individually and on behalf of a class of similarly situated individuals., | ) ) ) ) Civil Action No. 13-cv-2635 ) ) Judge Andrea Wood ) |
| Plaintiffs, | ) Magistrate Judge Maria Valdez ) |
| v. | ) ) |
| NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT I OF THE AMENDED COMPLAINT & DEFENDANTS' AFFIRMATIVE DEFENSES**

Plaintiffs Alan Carlson and Peter DeLuca, individually and on behalf of the certified Class, pursuant to Local Rule 56.1, hereby move for Summary Judgment on Count I of the Amended Complaint and Defendants' Affirmative Defenses. Count I seeks wrongfully denied severance benefits under the Northrop Grumman Corporation Severance Plan ("the Plan") pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). For the reasons described in Plaintiffs' Memorandum of Law in support of their motion, Plaintiffs request the Court enter an Order:

    1.    Granting Summary Judgment on Count I of the Amended Complaint in favor of Plaintiff and the Class;

    2.    Grant Summary Judgment on Defendants' Affirmative Defenses in favor of Plaintiff and the Class;

1

3. Requiring that Northrop and the Northrop Grumman Plan pay the members of the Class who immediately prior to layoff were in a severance eligible Benefit Program Code, were laid off, and were not given a memo from a Vice President of Human Resources (or his or her designee) advising them they were eligible.

This Motion is supported by the accompanying Local Rule 56.1(a)(3) Statement of Material Facts with the attached exhibits, and Memorandum of Law.
.

Dated: July 3, 2020                                       Respectfully submitted,


/s/ Michael Bartolic
Michael Bartolic
The Law Offices of Michael Bartolic, LLC
208 S. LaSalle Street, Suite 1420
Chicago, Illinois 60604
Tel: 312-635-1600
Email: mbartolic@michaelbartolic.com

R. Joseph Barton
Block & Leviton LLP
1735 20th Street, NW
Washington, DC 20009
Tel: 202-734-7046
Email: jbarton@blockesq.com

Vincent Cheng
Block & Leviton LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 510-543-0489
Email: vincent@blockesq.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon all parties of record via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois on July 3, 2020.

                                               /s/ Michael Bartolic
                                               Michael Bartolic