**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ALAN CARLSON & PETER DeLUCA, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHROP GRUMMAN CORPORATION and the NORTHROP GRUMMAN SEVERANCE PLAN, <br><br> Defendants. | Case No. 13-cv-2635 <br><br> District Judge Andrea R. Wood <br><br> Magistrate Judge Maria Valdez |

## EXHIBIT LIST

**A.  Penkert, Mike (Deposition Transcript Excerpts)**

    A-3:    2012 Northrop Grumman Severance Plan Summary Plan Description (NGC06970–80)

    A-5:    2010 Northrop Grumman Severance Plan Summary Plan Description (NGC03488–98)

    A-6:    Adoption of 2012 Northrop Grumman Severance Plan ("Wrap Plan") (NGC00204–27)

    A-9:    2012 Benefit Program Code (BPC) List with Count that shows Severance

    A-11:    2012 Form 5500 Northrop Grumman Corporation Severance Plan

    A-19:    01/23/2014 TS Now in the News (NGC14354–56)

**B.  Sholinsky, Kathleen (Deposition Transcript Excerpts)**

    B-2:    2002 Northrop Grumman Corporation Severance Plans- Guide to Administration (NGC01021–33)

    B-9:    11/26/2011 Email from L. Mineghino to L. Ussery et al. (Chain) (NGC07002–05)

B-10: 03/09/2012 Email from J. Kemp to J. Glass et al. (Chain)
(NGC25122)

B-12: 4/22/2013 Email from L. Tiglao-Smith to J. Ward et al. (Chain)
(NGC12421–26)

B-14: 10/9/2013 Email from B. Drake to M. Grad et al. (Chain, with attachments)
(NGC25079–89)

B-16: 2/1/2014 Severance Plan Appendices for Northrop Grumman Technical Services
(NGC01867–73)

B-17: 4/14/2016 Email from M. Price-Williams to K. Sholinsky et al. (Chain, with attachments)
(NGC25131–34)

B-18: 4/11/2016 Email from K. Elliott to K. Sholinsky (Chain, with attachments)
(NGC25135–36.00030)

C. **Collins, Margaret (Deposition Transcript Excerpts)**

C-4: July 2013 Northrop Grumman Technical Services Severance Plan Administration Guide
(NGC14519–36)

C-10: 08/28/2012 P. DeLuca Severance Claim
(NGC00404)

C-11: 08/28/2012 A. Carlson Severance Claim
(NGC00369–89)

C-17: 09/21/2012 Email from D. Gilmore to M. Collins (Chain)
(NGC00504–05)

C-18: 11/09/2012 Email from T. Hurley to M. Collins et al.
(Dkt. #1-6)

C-20: 11/09/2012 Denial of P. DeLuca's Claim
(NGC00452–55)

C-21: 11/09/2012 Denial of A. Carlson's Claim
(NGC00764–67)

C-23: 01/31/2013 A. Carlson Appeal Packet for Severance Plan Review Committee
(NGC24210–58)

C-24: 01/31/2013 P. DeLuca Appeal Packet for Severance Plan Review Committee
(NGC24367–75, NGC24327–66)

    C-27:  01/31/2013 Minutes of a Meeting of the Severance Plan Review Committee (NGC24376)

    C-28:  02/01/2013 Denial of P. DeLuca's Appeal (NGC00362)

    C-29:  02/01/2013 Denial of A. Carlson's Appeal (NGC00228–29)

**D.**   **Doshi, Nimish (Deposition Transcript Excerpts)**

    D-19:  02/01/2014 Northrop Grumman Technical Services Severance Plan Appendix A (NGC14563)

    D-20:  02/01/2014 Northrop Grumman Severance Plan Summary Plan Description (NGC01342–52)

**E.**   **Gilmore, Demile (Deposition Transcript Excerpts)**

    E-2:  6/28/2011 Email from L. Mineghino to D. Gilmore et al. (Chain, with attachment) (NGC14043–44)

    E-3:  7/7/2011 Email from D. Field to L. Wingate et al. (Chain, with attachments) (NGC13452–55)

    E-4:  5/10/2012 Email from C. Jones to D. Gilmore et al. (Chain) (NGC00984–87)

**F.**   **DeLuca, Peter (Deposition Transcript Excerpts)**

**G.**   **Ussery, Louise (Deposition Transcript Excerpts)**

    G-3:  7/24/2012 Email from D. Gilmore to L. Ussery (Chain) (NGC02843–45)

    G-4:  7/24/2012 Email from L. Ussery to C. Fonseca et al. (Chain) (NGC06996–98)

    G-5:  7/25/2012 Email from L. Ussery to C. Turner et al. (Chain) (NGC02743–45)

    G-7:  8/10/2012 Email from D. Gilmore to L. Ussery et al. (Chain) (NGC07121–31)

    G-8:  8/10/2012 Email from K. Miller to L. Ussery et al. (Chain) (NGC14059–67)

    G-14:  3/22/2011 Email from L. Mineghino to L. Ussery (Chain) (NGC13928–66)

**H.** **Pierce, Keri (Deposition Transcript Excerpts)**

    H-6:    11/4/2011 Email from C. Turner to K. Pierce et al. (With attachments) (NGC01815–25)

    H-25:    7/25/2012 Email from K. Pierce to L. Wingate et al. (Chain, with attachment) (NGC03052–55)

    H-26:    7/25/2012 Email from K. Pierce to M. Bentley (Chain) (NGC03557)

    H-27:    2/23/2012 Email from K. Pierce to J. Lucas et al. (Chain, with attachments) (NGC03048–51)

    H-32:    4/26/2012 Email from J. Lucas to K. Pierce et al. (Chain) (NGC24922–24)

    H-33:    5/3/2012 Email from J. Lucas to K. Pierce et al. (Chain) (NGC24930–32)

    H-34:    8/27/2012 Email from K. Pierce to C. Turner (Chain) (NGC12910–11)

    H-36:    10/2/2012 Email from K. Pierce to L. Wingate et al. (Chain) (NGC13515-16)

**I.** **Fonseca, Cynthia (Deposition Transcript Excerpts)**

    I-8:    01/25/2012 Email from C. Fonseca to L. Ussery (NGC01586–87 plus attached spreadsheet)

    I-9:    07/12/2012 Email from L. Ussery to C. Fonseca (Chain) (NGC24987–88)

    I-10:    01/09/2014 TS Severance Update Presentation by C Fonseca (NGC14550–56)

    I-12:    07/02/2012 Email from C. Fonseca to L. Ussery (Chain) (NGC24978–79)

    I-13:    07/10/2012 Email from C. Fonseca to D. Gilmore et al. (Chain) (NGC02610–11)

    I-15:    12/05/2012 Email from C. Fonseca to L. Ussery (NGC14309)

    I-16:    12/06/2012 TS Severance Presentation by C. Fonseca (attachment to Ex. I-15) (NGC14310–15)

      I-17:    11/05/2012 TS Recoverable Severance Spreadsheet (attachment to Ex. I-15)

**J.**    **Turner, Cat (Deposition Transcript Excerpts)**

      J-5:    01/23/2014 Email from C. Fonseca to C. Turner (with attachments) (NGC04996–5027)

      J-11:    11/19/2012 Email from C. Turner to M. Collins (Chain, with attachments) (NGC03475–98)

      J-14:    01/23/2014 Email from C. Fonseca to K. Pierce et al. (with attachments) (NGC04257–62)

**K.**    **Carlson, Alan (Deposition Transcript Excerpts)**

**L.**    **Defendants' Amended Responses to 4th and 5th Set of Interrogatories**