**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Alan K Carlson, et al,

Plaintiff(s),

v.

Northrop Grumman Severance Plan, et al,

Defendant(s).

Case No.  1:13-cv-02635
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: In favor of Defendants Northrop Grumman Severance Plan, Northrop Grumman Corporation and against Plaintiffs Alan K Carlson, Peter DeLuca.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion for summary judgment.

Date:  3/31/2022                          Thomas G. Bruton, Clerk of Court

                                          David Lynn , Deputy Clerk